FILED 8 OCT '24 16:19USDC-ORP

Timothy C. Rote
7427 SW Coho Ct. #200
Tualatin, OR 97062
Phone: (503) 272-6264
E-Mail: timothy.rote@gmail.com
*Pro Se* Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TIMOTHY ROTE,<br><br>    Plaintiff,<br><br>vs.<br><br>NEW JERSEY JUDICIARY, STATE OF NEW JERSEY, GLOUCESTER COUNTY, MAX ZWEIZIG, CHASE BEGUIN, CAUBLE AND WHITTINGTON, LLP, JANE DOE1 AND JOHN DOES (1-5), *et al.*,<br><br>    Defendants. | Case No.: 3:24-cv-1711-8B<br><br>PLAINTIFF'S CIVIL RIGHTS COMPLAINT:<br><br>42 U.S.C. § 1983: FIRST AND FOURTEENTH AMENDMENTS;<br><br>42 U.S.C. § 1985: CONSPIRACY; and<br><br>DECLARATORY AND INJUNCTIVE RELIEF<br><br><br>JURY TRIAL REQUESTED |

**COMPLAINT FOR DAMAGES, DECLARATORY AND INJUNCTION RELIEF**

Plaintiff Timothy Rote ("Rote") brings this action, Plaintiff's Complaint for economic, noneconomic and punitive damages and declaratory relief for the defendants abridging, and

PAGE 1.    FIRST AMENDED COMPLAINT FOR VIOLATION OF
           CIVIL RIGHTS

conspiring to abridge the Plaintiff's First and Fourteenth Amendment rights of the United States Constitution.

As will be outlined in the fact section of this Complaint, Defendants have continued to target Plaintiff Rote's Spouse in retaliation for defeating Zweizig in multiple state cases and for Rote publishing to law enforcement Zweizig's child porn distribution, identity theft, piracy, money laundering and tax evasion activities.

As grounds therefor, Plaintiff alleges as follows:

### INTRODUCTION

1. Pursuant to 42 U.S.C. § 1983 and § 1985, Plaintiff alleges the deprivation of rights guaranteed to him by the First and Fourteenth Amendments to the United States Constitution and alleges a conspiracy among the defendants to violate those rights.

### VENUE AND JURISDICTION

2. This Court has jurisdiction pursuant to 28 U.S.C. § 1331 (Federal question), 1343 (3) and (4), as this action arises under the laws of the United States. This is an action for damages for claims brought under 42 U.S.C. § 1983 and conspiracy under 42 U.S.C. § 1985 for the redress of rights secured by the United States Constitution and for those violations perpetrated by Defendants.

3. This Court is authorized to grant declaratory judgment under the Declaratory Judgment Act, 28 U.S.C. §§2201-2202, and to issue preliminary and permanent injunctive relief under Rule 65 of the Federal Rules of Civil Procedure.

4. Venue is proper in this district pursuant to 28 U.S.C. § 1391. Defendants are residents of Oregon and New Jersey, the due process violations and threats occurred in Oregon and New

PAGE 2.   FIRST AMENDED COMPLAINT FOR VIOLATION OF
          CIVIL RIGHTS

Jersey by defendants employed by state agencies and/or Departments or defendants conspiring with state agencies or departments.

## PARTIES

5. Plaintiff **Timothy Rote** ("Rote") is a citizen of the United States and a resident of the state of Oregon.

6. Defendant **New Jersey Judiciary** ("NJJ") is the judicial branch of government of the State of New Jersey in the United States.

7. Defendant **Gloucester County** ("Gloucester") and Prosecutor's Office serves as a countywide criminal investigative agency, along with conducting all criminal court activities for the county. Gloucester County is located in the southwest portion of New Jersey, along the Delaware River, just south of the City of Philadelphia. The county borders both the States of Delaware and Pennsylvania and covers an area of 330 square miles. The population of the county is approximately 240,000 and there are 24 municipalities within the jurisdiction of the Prosecutor's Office.

8. Defendant **Jane Doe 1** ("Jane1") is believed to be an experienced attorney prosecutor in the Gloucester Prosecutor's office and close friend of Sandra Ware ("Ware"). Jane1 is also on the payroll of a South New Jersey crime family. Ware is an attorney practicing in Woodbury, New Jersey (with no traceable employer) and Zweizig's girlfriend of more than 20 years. Ware graduated from Rutgers Law School with a J.D. in 1997 and American University in 1993. Ware's primary source of income appears to be from a company called "your best friend's closet". Ware lives in Gloucester County New Jersey with Max Zweizig.

9. Defendant **Max Zweizig** ("Zweizig") is a resident of Woodbury New Jersey. Zweizig's primary source of income appears to be from identity theft, cybercrime, piracy of music and

PAGE 3.   FIRST AMENDED COMPLAINT FOR VIOLATION OF
          CIVIL RIGHTS

videos and the production and distribution of child pornography. That income is believed to be laundered through a company called "your best friend's closet", owned by Zweizig and Ware. Zweizig lives in Gloucester County New Jersey. Zweizig is also believed to be a low ranking member of a South New Jersey Crime Family.

10. Defendant **Chase Beguin** ("Beguin") is an attorney working in Grants Pass Oregon. Beguin accepted an associate position at Cauble and Whittington in 2022 after passing the Oregon State Bar. Beguin represents Max Zweizig in Clackamas Circuit case **#22cv17744** and now in a new Clackamas Circuit Court case **#23cv28582**, where he has consistently attacked Rote's Spouse and wherein those Courts have found Zweizig's claims to be without factual support and objectively unreasonable.

11. Defendant **Cauble and Whittington, LLP** ("Cauble") is a full-service law firm with its headquarters in Grants Pass Oregon. Cauble employs Chase Beguin.

12. Defendant **John Doe 1** ("John1") is believed to be a Municipal Court Judge living in Gloucester County and on the payroll of a South New Jersey Crime Family.

13. Defendant **John Doe 2** ("John2") is believed to be a Superior Court Judge living in Essex County New Jersey and on the payroll of a South New Jersey Crime Family.

### STATEMENT OF FACTS

14. On December 1, 2022, Rote filed an Appeal of a judgment entered on November 2, 2022, in Deschutes County case #19cv00824 where Max Zweizig had unlawfully taken an interest in a closely held stock not owned by Rote (the only debtor to Zweizig). Zweizig acquired that stock in a Sheriff sale and he used that stock (of a liquidated company) to attempt to quit claim property not owned by Rote, an unlawful and fraudulent collection act. The taking of that closely held stock is a taxable transaction with a potential taxable value of $750,000. Had Zweizig

PAGE 4.    FIRST AMENDED COMPLAINT FOR VIOLATION OF
            CIVIL RIGHTS

successfully quit claimed that property he would have taken a property arguably worth $1,200,000 today. Although unsuccessful, the taking of that stock via a Sheriff sale was reported to the IRS via a 2022 Form 1099-NEC. Zweizig failed to report that income on his 2022 Tax Return.

15. Also in 2022, Zweizig received from the Rote's some $35,939 in satisfaction of judgments in Oregon case #19cv01547, an anti-SLAPP award of attorney fees for Zweizig successful Motion to Strike Rote's counterclaims in that same case. The Rote's ultimate prevailed in that case at summary judgment and on appeal. The payment of $35,939 was reported to Zweizig via a 2022 Form 1099-Misc. Zweizig failed to report that income on his 2022 Tax Return.

16. In December 2023, Clackamas Circuit Court (in case #23cv28582) granted the Rote's anti-SLAPP Motion to Strike Zweizig IIED arising from protected filings in Court, Zweizig's false allegation that Tanya Rote wrote Timothy Rote's blog and Zweizig's unrelated fraudulent transfer claim (Zweizig attempt to relitigate case #19cv01547). Zweizig, Sandra Ware, Beguin and Cauble filed Zweizig's case also against Plaintiff Rote's spouse to affect some tactical leverage against Rote and to target Rote's Spouse for Rote producing to law enforcement Zweizig's child porn activity. Zweizig had also targeted Rote's Spouse in Oregon case #19cv01547. Zweizig is represented by Chase Beguin and the Cauble Firm.

17. The Order granting the Rote's anti-SLAPP Motion to Strike in case #23cv28582 was decided from the bench in December 2023 and required Zweizig to confer with the defendants before filing an amended complaint. The order was signed on May 10, 2024.

18. Zweizig refused to wait or follow the Court's order and filed an Amended Complaint in April 2024, this time for IIED arising from Rote filing a 2022 1099-MISC and 1099-NEC.

PAGE 5.   FIRST AMENDED COMPLAINT FOR VIOLATION OF
          CIVIL RIGHTS

Zweizig, Ware and Beguin again attacked Rote's spouse in the Amended Complaint, seeking $750,000 in damages for Rote filing those required tax filings. They also alleged Tanya Rote also filed the 1099-MISC reporting income of $35,939 to Zweizig.

19. Zweizig published with his Amended Complaint a Notice of Missing Income from the IRS, attaching that notice to his Amended Complaint, and alleging he never received that income. That Exhibit published Zweizig's SS# without redaction. See Zweizig's Complaint and Exhibits, provided here as **Exhibit 1**, with Zweizig SS # now partially redacted by Rote. Again, Zweizig did not redact his SS# on the lower portion of the IRS Notice.

20. The Rote's each filed an anti-SLAPP Motion to Strike Zweizig's Amended Complaint on the same grounds as before and in addition because Zweizig violated the Court's order when filing the amended complaint. Even after being warned by the Court, Chase Beguin and the Cauble firm violated the Court's order and chose to attack Rote's spouse again for Rote filing the 1099s and for Rote reporting Zweizig's criminal activity and for Rote's prior lawsuits involving Zweizig, Beguin and Cauble.

21. On June 13, 2024, Rote and Spouse (through counsel) filed their respective Reply Brief's, wherein Rote published the 1099-MISC and proof of payment to Zweizig, as an illustration, redacting therein Rote's and Zweizig's SS#s. With that Reply, Rote also published the judgment satisfaction filed by Zweizig's attorney and the Cashier's Check and Bond showing the $35,939 paid to Zweizig and reported on the 1099-MISC. **See Exhibit 2**.

22. Even though Zweizig deposited those amounts to his attorneys Trust account, the payment to him is taxable gross income. In like manor if Zweizig paid attorneys fees from that or any other source of funds, he would be allowed a deduction. Zweizig neither recognized the income nor took a deduction for attorney fees paid in 2022. The canceled checks showing

PAGE 6.   FIRST AMENDED COMPLAINT FOR VIOLATION OF
          CIVIL RIGHTS

Zweizig deposited the $35,939 to the Anthony Albertazzi Client Trust account (supporting the 1099-MISC) are provided herein as **Exhibit 3**.

23. Rote's Reply of June 13, 2024 went into great detail and provided substantial evidence that Rote alone filed the 1099-Misc and 1099-NEC as required by Federal Tax Law. Rote signed and filed a Form 1096 used to transmit each 1099-MISC and 1099-NEC, as required by Tax Law. No one else but Rote filed those forms. **See Exhibit 4.** Nonetheless, Plaintiff is stunned at the degree to which Zweizig, Ware, Beguin and Cauble are willing to attack Plaintiff's spouse. Zweizig's unfettered attacks are not surprising but did require the actions of Beguin and Cauble.

24. At around the same time, Rote's Spouse (and through Counsel) filed an attorney fee petition for the first anti-SLAPP Motion to Strike in the amount of $67,000. Zweizig did not oppose the fee petition and judgment was entered on August 7, 2024. **See Exhibit 5.**

25. On June 14, 2024, one day after the Reply in support of Rote's anti-SLAPP against Zweizig, Zweizig filed a Complaint with Woodbury Police alleging identity theft by Rote. He was referred to the Municipal Court. Subsequently, Zweizig swore out a Complaint with the Deptford County Municipal Court alleging identity theft of his SS# by Rote. His complaint was written with many key omissions, the intent of which was the withholding from the Court that the income reported to him arose from the filing of a 1099-NEC (and a Sheriff sale of closely held stock). Zweizig made no reference to the 1099-MISC, but did allege Rote had provided Zweizig's SS# to Rote's spouse. Zweizig did allege that Rote admitted to using Zweizig's SS# in Clackamas case #23cv28582 to report income to Zweizig, and income Zweizig alleged was falsely reported to him. Zweizig alleged falsely that Rote derived any benefit from using Zweizig's SS#. **See Exhibit 6**.

PAGE 7.  FIRST AMENDED COMPLAINT FOR VIOLATION OF
CIVIL RIGHTS

26. In Zweizig's criminal complaint (**Exhibit 6**), Zweizig also solicited the Municipal Court to target Rote for Rote's publications critical of support of Zweizig including the direct and indirect support of Zweizig's distribution of child porn. Although Zweizig is critical of Rote's in Court and out of Court publications, Zweizig again does not deny in his Complaint that he is engaged in the distribution of child pornography. Instead, Zweizig's criminal complaint reads as a threat to John Armano Jr. and others if Zweizig is not supported in his probable cause solicitation.

27. Judge **John J. Armano Jr.** ("Armano") is an attorney and part-time Judge for the Deptford Joint Municipal Court. He graduated from Rutgers with a B.S. degree and is believed to be a close friend of Sandra Ware. Armano lives in Gloucester County New Jersey. Armano certified Zweizig's knowingly false identity theft criminal complaint on June 28, 2024 and referred the complaint to Gloucester Prosecutors office, where Jane Doe 1 certified the complaint within the 45-day certification period.

28. Plaintiff subsequently discussed Zweizig's complaint with the Municipal Court and Gloucester Prosecutor's office. That Complaint was limited to about 300 characters (with punctuation counted) and as the Court explained, the Court's initial role was only to have the alleger (Zweizig) attest to the facts and review the Complaint for possible probable cause. The Court makes no other finding at that stage, examined no evidence and referred the matter to the Prosecutor's office.

29. Plaintiff would point out that any first-year law student would deduce that Zweizig could not satisfy probable cause for a criminal case against Rote for Rote filing a tax form. Ware and/or Beguin assisted Zweizig with the structure of his Complaint to avoid making any reference to a 1099-NEC or the underlying transaction that generated the income. Municipal

PAGE 8.   FIRST AMENDED COMPLAINT FOR VIOLATION OF
          CIVIL RIGHTS

Judge John Armano Jr., nonetheless referred that Complaint to the Gloucester County Prosecutor's office which allowed a criminal action to be opened against Rote in New Jersey for identity theft of Zweizig's SS#. Zweizig withheld that he had previously provided his SS# in multiple cases in which Rote was a party. Zweizig also withheld that the 1099-NEC could have been filed without Zweizig's SS# (albeit less accurately).

30. The key data for an IRS filing is Name, Address and SS#. Thus, even if the 1099-NEC and 1099-MISC had been filed without Zweizig SS#, the income would still have been identified to him.

31. Rote was notified by first class mail of the criminal complaint against him, just after August 19, 2024 and immediately provided history of the litigation between the Rote's and Zweizig to the Gloucester County Prosecutor's office as well as providing the 1099-NEC and 1099-MISC. Rote also provided the IRS Notice Zweizig filed in Clackamas case #23cv28582 showing Zweizig's unredacted SS# and noting Zweizig has provided his SS# on more than one occasion and in multiple cases.

32. On September 9, 2024, Rote swore out a Complaint with the Deptford County Municipal Court, John Armano Jr. presiding, alleging Zweizig Complaint against Rote was intentionally false, that Zweizig committed perjury in his attestation of June 28, 20204 and exploited his criminal Complaint in Oregon case #23cv28582. Plaintiff Rote also pointed out that the 1099-NEC was a required IRS filing and could have been filed without Zweizig's SS# at Zweizig's acknowledged home address in Woodbury New Jersey.

33. Zweizig and/or Jane1 were apparently informed of Plaintiff Rote's filings with the Gloucester County prosecutor's office or John Armano Jr., alleging that the 1099-NEC could have been filed without Zweizig's SS#, because shortly thereafter Zweizig started redacting his

PAGE 9.   FIRST AMENDED COMPLAINT FOR VIOLATION OF
          CIVIL RIGHTS

home address in his filings in Clackamas County Court. Prior to that time, Zweizig had not redacted his home address. **Exhibit 7.**

34. On September 10, 2024. Clackamas Court heard and granted the Rote's anti-SLAPP Motion to Strike and ORCP 21 Motion to Dismiss for Zweizig violating the Court's order on Zweizig's First Amended Complaint in case #23cv28582.

35. One day before that hearing Zweizig through Beguin filed a Motion to Stay the case, attaching thereto a correspondence from the IRS removing the income reported to Zweizig on the 1099-Misc and 1099-NEC. It is clear from Zweizig's filing that the IRS removed the income temporarily based on Zweizig's allegation of identity theft and a false reporting that Deptford Municipal Court had already found Rote **guilty** of identity theft of Zweizig's SS#, inferring the probable cause finding of the Municipal Court was tantamount to a finding of guilt. **See Exhibit 7.**

36. Plaintiff is scheduled to be arraigned in Woodbury New Jersey on November 7, 2024. After conferring with law enforcement and on information and belief, the typical plan by the South New Jersey crime family (where Zweizig is a low-level child porn producer) would be to threaten Rote with physical harm and assassinate Plaintiff, if necessary, just prior to or after the arraignment. That attempt is made possible by the Deptford County Municipal Court in collusion with Zweizig and other criminal combatants.

37. Previously, Zweizig filed a fraudulent transfer action against Rote and Rote's spouse (Clackamas case #19cv01547) in January 2019. After three months the Rote's prevailed in dismissing claims against two of the three properties Zweizig pursued. After two years of discovery, the Rote's prevailed on their Motion for Summary Judgment against the last property (a property Rote's spouse owned), Zweizig providing no evidence to support his claims. Zweizig

PAGE 10. FIRST AMENDED COMPLAINT FOR VIOLATION OF
           CIVIL RIGHTS

argued during a hearing that he could make a jury believe anything even where there was no evidence.

38. In the interim however the Rote's were severely damaged. The Rote's originally sought counterclaims for slander of title and interference with the contract, Zweizig having filed a *lis pendens* in that case in January 2019, just before the closing of a sale of property owned by non-debtor Tanya Rote (Rote's spouse). That *lis pendens* caused the sale to fail. Subsequently, Zweizig, Ware and counsel attacked Rote's Spouse two other times, showing a complete disregard for the damage he is causing, but with the design that these attacks will harass and harm Rote for his Amendment speech and efforts to provide law enforcement with Zwezizh child porn evidence.

39. In Clackamas cases #19cv01547 and #23cv28582, those Court's found Zweizig claims to be objectively unreasonable. Zweizig, however continues to attack Rote's Spouse. Attached hereto as **Exhibit 8** is Beguin's Declaration in his Motion to Stay, offering a wealth of hearsay testimony about what Zweizig alleged about his conversation with the IRS, even going so far as to claim that Rote spouse is going to be prosecuted by the IRS for Rote filing the 1099-MISC, reporting the $35,939 income to Zweizig for the payments made to him in 2022.

40. In Beguin's Declaration, he first makes the following false statement: "In my review of documents given to me by my client, the IRS, and the prosecutor's office of Gloucester, New Jersey." That statement falsely attests that the IRS and Gloucester County Prosecutor's Office would have provided these documents directly to Beguin. Zweizig provided those documents to Beguin. Most notably, Zweizig did not file a Declaration.

41. Beguin further attests, "I am aware that the prosecutor's office has found probable cause against Defendant Timothy Rote for criminal charges which have not been disclosed to me...".

PAGE 11. FIRST AMENDED COMPLAINT FOR VIOLATION OF
         CIVIL RIGHTS

Beguin again is attempting to misstate the meaning of probable cause by the Deptford County Municipal Court or to reveal the omissions by Zweizig and Ware when presenting the Complaint to the Municipal Court.

42. Beguin further attests, "and the IRS has sent their findings to their internal prosecutors, with their findings that there was identity theft committed by both Defendants in this case, and have flagged the single tax filing of Defendant Timothy Rote, and the joint tax filing of both Defendant's, as fraudulent." Beguin intentionally and falsely attempted to mislead the Clackamas Court into believing that the IRS has opened a file to prosecute Timothy Rote. Based on Zweizig's documentation alone, the IRS temporarily removed (for a time) the income reported to Zweizig on the 1099-MISC and 1099-NEC after Zweizig alleged identity theft. Eventually and after some due diligence, the IRS will find that Zweizig filed a false attestation with the IRS and will reinstate the income.

43. Beguin had no first-hand knowledge of any of the issues or communications he attested to. Zweizig could have filed a declaration, but he did not, knowing that the statements made by Beguin painted a patently false picture that Zweizig refused to make himself. In other words, Zweizig compelled Beguin to file a false statement for him and Beguin complied to attack Rote's spouse.

44. Plaintiff provided the Tax Division of the Department of Justice with the Exhibits provided in this Complaint and has contacted the IRS by phone to outline Zweizig's false attestation of not receiving income as reported on the 1099-NEC and 1099-MISC. Rote acknowledges that the IRS has jurisdiction on the amount of Zweizig's gross and net income, but there remains no dispute that Zweizig has failed to report this gross income. The IRS could charge both Zweizig and Beguin for this attempted tax fraud. Once Zweizig received the

PAGE 12. FIRST AMENDED COMPLAINT FOR VIOLATION OF
        CIVIL RIGHTS

$35,939, he could have paid attorney fees and deducted those fees on Schedule 1 of his 2022 Tax Return. Just depositing the amount to his attorneys Trust account will not alone constitute payment of attorney fees. Zweizig has a long history of white-collar crime, which is believed to include tax evasion.

45. On July 26, 2024, Zweizig and Beguin filed a request for attorney fees in case 22cv17744, more than a year after Summary Judgment was granted. This filing was a blatant violation of Oregon Rules of Civil Procedure. In a hearing on September 9, 2024, Beguin moved to withdraw his Motion and Strike Rote's Response. Although Beguin can withdraw his Motion at any time, his Motion to Strike was untimely (but granted), but justified by the Court because Beguin moved to withdraw his fee petition. The Court ordered Beguin to prepare the order. Beguin has not yet done so.

46. Federal law prohibits the production, distribution, reception, and possession of an image of child pornography using or affecting any means or facility of interstate or foreign commerce (18 U.S.C. § 2251; 18 U.S.C. § 2252; 18 U.S.C. § 2252A). Specifically, Section 2251 makes it illegal to persuade, induce, entice, or coerce a minor to engage in sexually explicit conduct for purposes of producing visual depictions of that conduct. Any individual who attempts or conspires to commit a child pornography offense is also subject to prosecution under federal law.

47. According to the Mayo Clinic of the US, studies and case reports indicate that 30% to 80% of individuals who viewed child pornography and 76% of individuals who were arrested for internet child pornography had molested a child; however, they state that it is difficult to know how many people progress from computerized child pornography to physical acts against children and how many would have progressed to physical acts without the computer being

PAGE 13. FIRST AMENDED COMPLAINT FOR VIOLATION OF
        CIVIL RIGHTS

involved. See Ryan C. W. Hall; Richard C. W. Hall (April 2007). "A Profile of Pedophilia: Definition, Characteristics of Offenders, Recidivism, Treatment Outcomes, and Forensic Issues".

48. Numerous forensic reports were provided and on the record in in Federal and Oregon Courts, in cases 19cv14552, 18cv45257, 19cv01547, 22cv17744, 23cv28582, in Deschutes case 19cv00824 and in the previous Federal Civil Rights cases brought by Rote. Those forensic reports, including the testimony by Max Zweizig's expert found Zweizig downloaded, possessed and distributed child pornography from his home office and on a computer Zweizig used exclusively. The child porn and porn were found on a 120-gig (also labeled as 122-gig) hard drive Zweizig admitted to reformatting before returning it to his employer.

49. A sample of the videos (and file names) Zweizig maintained on his computer 120 gig hard drive (which he used exclusively from his home in New Jersey), reported first by computer forensic expert and police officer Steve Williams, are as follows:

1. young teen fucks two guys;

2. older sisters gets lesbian with little sister;

3. older man fucking young twink;

4. teen 16 years young;

5. older muscle guy fucks young twink; and

6. older teen kisses, sucks and fucks hairless brother.

The list goes on. All of this child porn material was made available by Zweizig to the public on Zweizig's D:\shared drive, where a program (Winmx) was installed to allow peer to peer sharing of these programs. The names of the mg and avi files were those placed or accepted by Zweizig.

PAGE 14. FIRST AMENDED COMPLAINT FOR VIOLATION OF
  CIVIL RIGHTS

50. Plaintiff published a press release on November 15, 2023 that images, videos and links have now been recovered from that 122 GB (120 gig) hard drive through new and enhanced forensics. More than 59,000 images and 320 videos, previously thought unrecoverable, have now been recovered. The recovered images and videos include a garden variety of pornography.

51. The new forensics confirms, as before, that the videos, images and LNK files were date stamped to a time that Zweizig admitted to having full and exclusive use of the employer issued computer and 122 GB hard drive, used from Zweizig's home in Woodbury New Jersey. No one else at any time but Zweizig used that 122 GB hard drive. Much of what Plaintiff publishes here comes directly from that new forensic report. Sandara Ware was living with Zweizig at that time.

52. The new forensic report on Zweizig's use confirmed that evidence of child pornography was also found through LNK and Prefetch files that were carved from unallocated space. LNK files are shortcut files that link to an application or file and can be generated when a user opens a local or remote file or document. Windows creates Prefetch files when an application is first run. These files can show the file names that are opened by a program such as Windows Media Player. The file names associated with these LNK and Prefetch files were indicative of child pornography.

53. These files are linked to a volume labeled D: with a Volume Serial Number of 70AE6E52. "Volume D" was used to store various files and folders. It should be noted that the "INCOMPLETE" files are commonly seen in peer-to-peer file sharing software programs and are video files that are in the process of being downloaded. Although the files are not fully downloaded, they can in some instances be played. Evidence of WINMX was found installed on the 122 GB hard drive. WINMX is a peer-to-peer file sharing program. Peer-to-peer programs and networks are used by child predators to share child pornography.

PAGE 15. FIRST AMENDED COMPLAINT FOR VIOLATION OF
            CIVIL RIGHTS

54. One example of the newly recovered file names associated and linked with the D:\ drive is "Katherine...young 13 year old pre-teen Lolita bounces on a much older mans love muscle" [with search words of incest, rape and teen hardcore sex]. This video was viewed by Zweizig a number of times and was made available to the public by Zweizig using the D:\shared drive. There are many other similar file names indicative of child porn.

55. What Plaintiff, law enforcement and the experts have garnered is that a majority of Zweizig's child porn is about rape and incest of children. That appears to be Zweizig's specialty.

56. On December 21, 2020 (case 19cv01547) Max Zweizig admitted in a deposition and under oath that he duped the jury in case 3:15-cv-2401, lying about the existence of forensic reports showing that he did download and disseminate child porn from an employer owned computer used exclusively by Zweizig in his home in New Jersey from 2001 through mid-May 2003. Zweizig further admitted that his former attorney, Ward Greene, resigned after evaluating the computer forensic reports showing Zweizig's child porn and other criminal activity. Zweizig admitted that his former attorney, Ward Greene resigned no longer wanting to be associated with Zweizig and the raping of children. More than a dozen attorneys have resigned from Representing Zweizig.

57. The Woodbury Police and Gloucester Prosecutor's Office are well aware of Zweizig's child porn distribution business, but have confidentially intimated to Plaintiff that Zweizig is untouchable and protected (Plaintiff believes by a Superior Court Judge and the Prosecutor's Office). Plaintiff believes that Judge is Defendant John2.

58. Plaintiff is a blogger and publicly critiques the Court and others over periodic blind support of Max Zweizig. Plaintiff arranges protests and engages in public debate on issues of great public interest, including the preferential treatment of child predators by some members of

PAGE 16. FIRST AMENDED COMPLAINT FOR VIOLATION OF
        CIVIL RIGHTS

the Oregon and New Jersey Judiciary. This support of child predation by Oregon Judges is not widespread and once Zweizig's tactics of exploitation are identified, Oregon Court's typically respond to protect children from predators such as Zweizig.

**FIRST CLAIM FOR RELIEF**
**42 U.S.C. §1983**
**Violation of Plaintiff's First Amendment Rights**
**Against All Defendants**

59. Each of the preceding paragraphs is incorporated herein.

60. The **First Amendment (Amendment I)** to the United States Constitution prevents the government from making laws that regulate an establishment of religion, or that prohibit the free exercise of religion, or abridge the freedom of speech, the freedom of the press, the freedom of assembly, or the right to petition the government for redress of grievances.

61. Defendants are "persons" within the meaning of 42 U.S.C. § 1983.

62. Defendants were acting under the color of state law and their conduct was subject to 42 U.S.C. § 1983.

63. Plaintiff Rote exercised his constitutional right to freedom of speech by filings in Court and filings of tax documents and forms as required by law. Plaintiff also exercised his rights by blogging, tweeting and otherwise publishing about matters of public concern and national debate, among them being the efficacy of arbitration, failures of the judiciary to reign in arbitrators, the right to file a complaint to a body administering judicial conduct without fear of repercussion and persecution, to disclose ex-parte and other forms of misconduct by courts and court staff when found, to publish the results of ongoing litigation and to question the court's adopting a poster child who disseminates child porn. Plaintiff also exercised his constitutional right of petition for redress of the defendants' conscious targeting plaintiff for exercising his right of petition including the filing of this and similar cases.

PAGE 17. FIRST AMENDED COMPLAINT FOR VIOLATION OF
        CIVIL RIGHTS

64. The acts abridging Plaintiff's rights more specifically herein include aiding and abetting and colluding to (1) criminally charge and prosecute Plaintiff for the filing of forms required by Tax Law; (2) forcing Plaintiff to hire legal counsel and incur substantial attorney fees to defend against these false claims; (3) the targeting of Plaintiff's spouse for the purpose of causing her financial and emotional harm, to punish Plaintiff and suppress Plaintiff's rights; (4) the financing and/or arranging financing of litigation for profit and using positions of influence to effect the outcome of litigation; and (5) threats to Plaintiff's life.

65. Defendants' acts were also designed to assist Zweizig and others in Tax Evasion.

66. Defendants' constitutional abuses and violations were and are directly caused by policies, practices and/or customs devised, implemented, enforced, encouraged and sanctioned by the State pf New Jersey, New Jersey Judiciary, Gloucester County and assisted by the other named defendants. The acts of retaliation are presumably widespread.

67. As a direct and proximate result of defendants' unlawful acts, Rote has suffered economic damages and harm to his business and personal reputation.

68. As a direct and proximate result of defendants' unlawful acts, Rote has suffered outrage, betrayal, offense, indignity, embarrassment, humiliation, injury and insult in amounts to be determined by the jury at trial.

69. Rote seeks recovery of damages, all other equitable relief including declaratory and injunctive relief, and punitive damages as provided by law, in addition to reimbursement of his reasonable attorneys' fees and costs pursuant to 42 USC § 1988 and 28 USC §1927, if appropriate.

70. Defendants' conduct toward Rote demonstrated a wanton, reckless or callous indifference to the constitutional rights of Rote and all persons (citizens of the United States), which warrants

PAGE 18. FIRST AMENDED COMPLAINT FOR VIOLATION OF
CIVIL RIGHTS

an imposition of punitive damages in such amounts as the jury may deem appropriate to deter future violations.

## SECOND CLAIM FOR RELIEF
### 42 U.S.C. §1983
**As Applied Procedural and Substantive Due Process Violations of Plaintiff's Right to An Impartial Tribunal as Guaranteed by The Fourteenth Amendment Against All Defendants**

71. Each of the preceding paragraphs is incorporated herein.

72. 42 U.S.C. § 1983 and the Due Process Clause of the Fourteenth Amendment, provides that no State shall "deprive any person of life, liberty, or property, without due process of law."

73. Defendants are "persons" within the meaning of 42 U.S.C. § 1983.

74. Defendants acted under the color of state law and their conduct is subject to 42 U.S.C. § 1983.

75. Defendants' actions described above resulted in label of probable cause to find Plaintiff criminally liable for filing a tax form as required by law, which provided Defendants Zweizig, Begun, Cauble (and Sandra Ware) intended opportunities for exploitation in other civil proceedings. The very nature of this exploitation was designed to preclude the possibility of an impartial tribunal until well after Plaintiff and Plaintiff's spouse suffered damages. Plaintiff was deprived of his right to an impartial tribunal as guaranteed by the Fourteenth Amendment to the United States Constitution. As Zweizig, Beguin and Ware showed, a finding of probable cause by Deptford Municipal Court is misunderstood by the general public and Courts out of the state of New Jersey to mean that the NJ Municipal Court and Prosecutor's office have evaluated some material body of evidence before opening the criminal case of New Jersey v Rote. The intent of Defendants Zweizig, Beguin, Cauble and others was to exploit weaknesses in the NJ Municipal Court processes to harm Rote without a timely and adjudicated resolution in Rote's favor.

PAGE 19.  FIRST AMENDED COMPLAINT FOR VIOLATION OF
           CIVIL RIGHTS

76. Defendants' attorneys (Beguin and Cauble) then also published their own false declarations to insulate Zweizig and Ware from Zweizig's perjury and false statements, to offer hearsay statements to try to advance a civil IIED claim based on a false statement of criminal liability for the filing of a Tax Form reporting income to Zweizig. The intent of Defendants attorney declarations was also to attack Plaintiff's spouse for something she had nothing to do with, which is the filing of the 1099-MISC accurately reporting income to Zweizig of $35,939.

77. While procedurally due process may be accomplished in the future, opening a criminal case in New Jersey against Plaintiff Rote without any evidence but the limited attestation of Max Zweizig constitutes procedural and substantive due process violations intended to assist child predator Max Zweizig.

78. The constitutional violations are discernible and part of a scheme to among other things punish tax filings, punish the opposition to child pornography and to assist Defendants in engaging in tax evasion.

79. Defendants' constitutional abuses and violations were and are directly caused by policies, practices and/or customs devised, implemented, enforced, encouraged and sanctioned by Defendants including: (a) the failure to adequately and properly train and supervise State employees; (b) the failure to properly and adequately monitor and discipline State employees; (c) the financing and/or arranging financing of litigation for profit and using positions of influence to effect the outcome of litigation; and (d) the overt and tacit encouragement and sanctioning of, and failure to rectify, the practices that led to the Fourteenth Amendment violations herein described.

80. As a direct and proximate result of Defendants' unlawful acts, Plaintiff Rote has suffered economic damages and suffered harm to his professional and personal reputation.

PAGE 20. FIRST AMENDED COMPLAINT FOR VIOLATION OF
          CIVIL RIGHTS

81. As a direct and proximate result of Defendants' unlawful acts, Rote has suffered outrage, betrayal, offense, indignity, embarrassment, humiliation, injury and insult in amounts to be determined by the jury at trial.

82. Defendants' conduct toward Rote demonstrated a wanton, reckless or callous indifference to the constitutional rights of Rote, which warrants an imposition of punitive damages in such amounts as the jury may deem appropriate to deter future violations.

83. Rote seeks recovery of all other equitable, declaratory and injunctive relief and punitive damages as provided by law, in addition to reimbursement of his reasonable attorneys' fees and costs pursuant to 42 USC § 1988 and 28 USC §1927, if appropriate.

<div align="center">

**THIRD CLAIM FOR RELIEF**
**42 U.S.C. §1985**
**Conspiracy to Violate Civil Rights**
**Against All Defendants**

</div>

84. Each of the preceding paragraphs is incorporated herein.

85. 42 U.S.C.§ 1985 claims arise from: (1) a conspiracy; (2) to deprive plaintiff of equal protection or equal privileges and immunities; (3) an act in furtherance of the conspiracy; and (4) an injury or deprivation resulting therefrom." *Tilton v. Richardson*, 6 F.3d 683, 686 (10th Cir. 1993).

86. The Defendants knowingly and willing conspired to indict Plaintiff for the filing of a Tax Form, to support Zweizig's effort to punish Rote for Rote's public speech for, *inter alia*, opposing the distribution of child pornography, for opposing child trafficking and child molestation.

87. Defendants knowingly and willing conspired to charge Plaintiff with criminal activity of identity theft of Zweizig's SS#, where no such crime exists for the filing of a Tax Form, the real purpose of which is to punish Plaintiff for his opposition to the distribution of child porn and

PAGE 21. FIRST AMENDED COMPLAINT FOR VIOLATION OF
           CIVIL RIGHTS

Plaintiff's filings in Federal and State Court, as demonstrated by Defendants' false testimony, and objectively unreasonable bases in law and fact.

88. The sum of the acts presents a prolonged and calculated pattern of persecution among the Defendants as co-conspirators with the intent of causing economic harm to Rote and his Spouse, singling Rote out to punish his speech, to deny him due process and access to a jury.

89. As a direct and proximate result of defendants' unlawful acts, Plaintiff Rote has suffered economic damages and harm to his professional and personal reputation.

90. As a direct and proximate result of Defendants' unlawful acts, Rote has suffered outrage, betrayal, offense, indignity, embarrassment, humiliation, injury and insult in amounts to be determined by the jury at trial.

91. Defendants' conduct toward Rote demonstrated a wanton, reckless or callous indifference to the constitutional rights of Plaintiff, which warrants an imposition of punitive damages in such amounts as the jury may deem appropriate to deter future violations.

92. Rote seeks recovery of damages, equitable, injunctive and declaratory relief and punitive damages as provided by law, in addition to reimbursement of his reasonable attorneys' fees and costs pursuant to 42 USC § 1988 and 28 USC §1927, if appropriate.

///

///

///

///

///

///

///

///

PAGE 22. FIRST AMENDED COMPLAINT FOR VIOLATION OF
          CIVIL RIGHTS

WHEREFORE, Plaintiff Rote prays for judgment against defendants as follows:

1.  Economic damages in the form of consequential damages and prejudgment interest in an amount to be determined at trial, but not less than $10,000,000;

2.  Noneconomic damages in an amount to be determined at trial, but not less than $25,000,000;

3.  All available equitable relief, including declaratory and injunctive relief, and damages in amounts to be determined at trial, consistent with the claims above against defendants;

4.  Specific Declaratory Relief that the New Jersey Judiciary and Gloucester County may not prosecute the filer (and or payer) of a 1099-NEC for identity theft of a payee's SS#. The jurisdiction of this tax filing is with the Treasury Department.

5.  Punitive damages consistent with the claims above against defendants in amounts to be determined at trial;

11.  Reasonable attorneys' fees and litigation expenses/costs herein, including expert witness fees and expenses, consistent with the claims above against defendants; and

12.  Grant such other relief as is just and proper.


PLAINTIFF HEREBY REQUESTS A JURY TRIAL.


Dated: October 8, 2024

s/ *Timothy C. Rote*
Timothy C. Rote
*Pro Se* Plaintiff


PAGE 23.  FIRST AMENDED COMPLAINT FOR VIOLATION OF
          CIVIL RIGHTS

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2024, I filed the foregoing with the Clerk of the Court.

Service has not yet been accomplished on the Defendants.

Interested Parties:

Department of Justice
Tax Division
950 Pennsylvania Avenue, NW
Washington, DC 20530

Federal Bureau of Investigation
935 Pennsylvania Avenue, NW
Washington, DC 20530

/s/ Timothy C. Rote
Timothy C. Rote
*Pro Se Plaintiff*
E-Mail: timothy.rote@gmail.com

PAGE 1.   CERTIFICATE OF SERVICE

Plaintiff Exhibit 1
Page 1

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR CLACKAMAS COUNTY

| | |
|---|---|
| **MAX ZWEIZIG**<br><br>Plaintiff,<br><br>v.<br><br>**TIMOTHY ROTE, as an individual and as Trustee of the Rote Irrevocable Trust, and TANYA ROTE as an individual,**<br><br>Defendants. | Case No. 23CV28582<br><br>PLAINTIFFS FIRST AMENDED COMPLAINT<br><br>(Intentional Infliction of Emotional Distress, Fraudulent Transfer, Unjust Enrichment, Civil Conspiracy)<br><br>Prayer Amount: $750,000.00<br><br>Request for Declaratory Relief<br><br>Fee: $0.00 (No change in prayer)<br>Fee Authority ORS 21.160(1)(c) |

Plaintiff's complaint as follows:

## BACKGROUND

1.

Plaintiff was an employee of Defendant Timothy Rote's telemarketing firm over two decades ago and operated as a technical professional in his role.

2.

During his employment with Defendant Timothy Rote's telemarketing firm, Plaintiff discovered activities which required reporting, and Plaintiff reported said activity to the proper authorities. See Case 3:15-cv-02401.

//

//

CAUBLE & WHITTING'ON, LLP
111 SE Sixth Street  PO box 998
Grants Pass, OR 97528
541-476-8825 Fax 541-471-1704
cbegu in@thecaublefirm.com

PLAINTIFFS FIRST AMENDED COMPLAINT - Page 1

3.

After reporting said activity to the proper authorities, Plaintiff was retaliated against in grossly immoral ways by Defendant Timothy Rote; including accusations which were never substantiated that are still available to the public on Defendant Timothy Rote's WordPress Website. Select posts from this website are incorporated hereto as Exhibit 1.

4.

In the whistleblower retaliation case between the parties, Plaintiff secured a $1 Million judgment against the Defendant Timothy Rote and his business; which Defendant Timothy Rote has yet to fulfil to any degree. See Amended Judgment in case 3:15-cv-02401 filed 09/20/2021 attached as Exhibit 2.

5.

The Plaintiff has been subject to multiple retaliatory lawsuits since the initial whistleblower retaliation lawsuit brought by the Plaintiff; all of which have been methods of getting egregious and unsubstantiated facts into the public record to harm the Plaintiff in any way possible. Additional harmful efforts by Rote, are usually contemporaneous with any new action by Plaintiff to collect his judgment.

6.

Plaintiff has undergone multiple collection actions against the assets subject to said judgment, only for the conspiring Defendants to apparently move or conceal assets in an attempt to avoid collection of their marital assets.

//

//

//

CAUBLE & WHITTINGTON, LLP
111 SE Sixth Street  PO Box 398
Grants Pass, OR 97528
541-476-8825 Fax 541-471-1704
cbeguin@thecaublefirm.com

PLAINTIFFS FIRST AMENDED COMPLAINT - Page 2

Plaintiff Exhibit 1
Page 3

## CLAIMS FOR RELIEF

**(Intentional Infliction of Emotional Distress against Defendant Timothy Rote)**

6.

The facts above are incorporated herein.

7.

Defendant Timothy Rote for years has been a contributor, writer, and the producer of "When Justice Fails - A Portland Story of Fraud, Collusion & Cybercrime"; a WordPress Website in which the Defendant Timothy Rote puts unsubstantiated and egregious claims about the Plaintiff into the public record while citing fabricated statements which Defendant Timothy Rote falsely claims were made on the record in the slew of litigation between the parties. While this website Rote created has over 215 posts, see Exhibit 1 for samples of the posts which Defendant Timothy Rote has put onto a public forum for the only purpose of harming the Plaintiff.

8.

Defendant Timothy Rote has undergone multiple lawsuits against the Plaintiff for the sole purpose of damaging the Plaintiff's reputation and causing emotional damage to the Plaintiff by labeling him a pedophile with zero substantiating evidence.

9.

Defendant Timothy Rote is aware of the lack of substantiation in his statements and has made these statements with the intention of harming the Plaintiff through spreading defamatory statements through any public forum available to him.

10.

Defendant Timothy Rote has made accusations that the Plaintiff was in the possession of illegal material at the time that he was terminated from the position with

CAUBLE & WHITTINGTON, LLP
111 SE Sixth Street PO Box 398
Grants Pass, OR 97528
541-476-8825 Fax 541-471-1704
cleguin@thecaublefirm.com

Plaintiff Exhibit 1
Page 4

the Defendant's CPA firm but has failed to ever substantiate his claims through evidence and has failed to ever tender the data which he claims to have in his possession.

11.

As a result of the actions of Defendant Timothy Rote, the Plaintiff has been forced to pay for legal counsel to Defend these unsubstantiated claims for years and has suffered severe emotional distress in the forms of anxiety, and severe damage to his professional and personal life as a result of the fraudulent claims and communications of Defendant Timothy Rote which are found whenever you search the Plaintiffs name

**(Fraudulent Transfer against Defendant Timothy Rote and Timothy Rote as Trustee of Rote Irrevocable Trust)**

12.

The facts above are incorporated herein.

13.

On September 20th, 2021, Plaintiff Zweizig was awarded a $1,000,000.00 judgement against the Defendant, which the Defendant has yet to fulfil. See Exhibit 2.

14.

At the time of the above judgment, Northwest Direct Homes, Inc., a company held by Defendant Timothy Rote which is also a judgment debtor under the above judgment, owned properties known as:

> Parcels 2 and 3 of Land Partition 14-01 being a Partition of Lot 69 of FAIR ACRES SUBDIVISION NO. 1, according to the official plat thereof on file in the office the County Clerk of Klamath County, Oregon. (herein known as the "Klamath Properties")

//
//
//
//

CAUBLE & WHITTINGTON, LLP
111 SE Sixth Street  PO Box 398
Grants Pass, OR 97528
541-476-8825 Fax 541-471-1704
cbeguin@thecaublefirm.com

Plaintiff Exhibit 1
Page 5

15.

On December 1st, 2022, Plaintiff acquired all of Defendant Timothy Rote's interest in NorthWest Direct Homes, Inc., through a bill of sale obtained at a Sheriff's sale against Rote's properties that Rote attended.  See Exhibit 3

16.

On December 12th, 2022, Defendant Timothy Rote, who no longer had authority to make decisions for NorthWest Direct Homes, Inc., transferred the aforementioned property out of NorthWest Direct Homes, Inc., into his proposed "Timothy Rote Irrevocable Trust".  See Exhibit 4.

17.

On January 17th, 2023, Plaintiff filed a deed with the County in an attempt to transfer title of the properties to his ownership from NorthWest Direct Homes, Inc., See Exhibit 5 only to discover that the Defendant Timothy Rote made a transfer of NorthWest Direct Homes, Inc., assets without corporate authority to do so; because Plaintiff owned NorthWest direct Homes, Inc. as of December 1st, 2022.

18.

Defendant Timothy Rote made these transfers with knowledge of already successful transfer of ownership to Plaintiff and for the sole purpose of delaying and avoiding the judgment collection of the Plaintiff and were made for nominal consideration; if for any at all.  Likewise, the transfer was done without authority to do so because at the time Timothy Rote filed the deed, he was no longer a shareholder or officer of NorthWest Direct Homes, Inc., such that Defendant did not have corporate authority to record said deed, as well as the transfer being fraudulent in avoiding creditor

CAUBLE & WHITTINGTON, LLP
111 SE Sixth Street  PO Box 398
Grants Pass, OR 97528
541-476-8825 Fax 541-471-1704
cbeguin@thecaublefirm.com

PLAINTIFFS FIRST AMENDED COMPLAINT - Page 5

collection. Defendant's deed should be rescinded such to allow Plaintiff to assume rightful ownership of the aforementioned Klamath properties.

19.

Plaintiff has since dissolved NorthWest Direct Homes, Inc., but remains the successor in interest such to bring suit for claims of he now dissolved corporation.

**(Alternative Claim to Fraudulent Transfer: Unjust Enrichment against Timothy Rote Individually; and as Trustee of Rote Irrevocable Trust)**

20.

The paragraphs above are hereby incorporated.

21.

It is undisputed that Defendant Timothy Rote transferred property from NorthWest Direct Homes, Inc., to his proposed irrevocable trust for no consideration, after a judgment had been entered against the Defendant, in an attempt to subvert the Plaintiff's collection efforts.

22.

As a result of this wrongful transfer, which was done without corporate authority to do so, Timothy Rote, or the Rote Irrevocable Trust, has been unjustly enriched in the amount of the fair market value of the subject Klamath properties.

**(Civil Conspiracy against all Defendants)**

23.

The paragraphs above are hereby incorporated.

24.

The two Defendants have been married for over a decade. During this time, Defendant Timothy Rote has undergone a constant barrage of social, emotional, and

CAUBLE & WHITTINGTON, LLP
111 SE Sixth Street  PO Box 398
Grants Pass, OR 97528
541-476-8825 Fax 541-471-1704
cbeguin@thecaublefirm.com

financial attacks on Plaintiff in response to Plaintiff's whistleblowing activities, which have been riddled with Court appearances.

25.

On 2/17/2024, Plaintiff received notice from the IRS that Defendants jointly had reported payment of $35,939 to Plaintiff. Plaintiff has never incurred this gain, and this report is fraudulent in nature as Plaintiff has yet to collect on his judgment.

26.

It is required by the IRS that both husband and wife review and sign joint filings before filing with the IRS.

27.

Likewise, Plaintiff received a false report of $750,000 among other documents, to Plaintiff's house which contained the reference "Zweigirl" which is a nickname which Defendant Tanya Rote used for Plaintiff when Plaintiff and Defendants worked together.

28.

Additionally, the Timothy Rote Irrevocable Trust falsely reported $75,000 in payments to Plaintiff. See Exhibit 6.

29.

As a result of these filings, the Plaintiff has been harmed in denial of his tax return for 2024, and further costs of remediating and providing evidence of the false tax reporting of the Defendants.

30.

These actions amount to fraudulent tax reporting, which is an unlawful act, which was completed by two or more persons. These fraudulent filings have been reported to the IRS and are pending investigation from IRS investigators.

CAUBLE & WHITTINGTON, LLP
111 SE Sixth Street  PO Box 398
Grants Pass, OR 97528
541-476-8825 Fax 541-471-1704
cbeguin@thecaublefirm.com

PLAINTIFFS FIRST AMENDED COMPLAINT - Page 7

Plaintiff Exhibit 1
Page 8

31.

In a previous Court order relating to the same parties in case number 19CV01547, the Court opined that the "co-Defendants [Timothy and Tanya Rote] in this case acted willfully, maliciously, and in bad faith to harass and intimidate Mr. Zweizig because Mr. Zweizig is trying to collect on judgment against the Rotes." See Order re Statement for Attorney fees, costs, and disbursements for Plaintiff in 19CV01547 incorporated hereto as Exhibit 7.  Judicial Estoppel should be entered into by the Court on the basis that the Court has already found that the Defendants in this case acted in concert to harass and intimidate the Plaintiff from collecting his judgment.

**(Attorney Fees under ORS 20.105)**

32.

The paragraphs above are hereby incorporated.

33.

Plaintiff asserts the right to move for attorney fees if the Defendant's in this case establish a defense or claim that is frivolous pursuant to ORS 20.105.

**PRAYERS FOR RELIEF**

WHEREFORE, Plaintiff requests that the court find that the Plaintiff should be awarded:

1. On Plaintiff's First Claim for Relief, an award of $500,000.00 in non-economic damages and $250,000.00 in economic damages.

2. On Plaintiff's Second Claim for Relief, an Order from the Court rescinding the Deed which fraudulently transferred the properties subject to the Plaintiff's collection into Rote Irrevocable Trust, as well as any damages which the Court finds appropriate under ORS 95.260 regarding Creditor's Remedies.

CAUBLE & WHITTINGTON, LLP
111 SE Sixth Street  PO Box 398
Grants Pass, OR 97528
541-476-8825 Fax 541-471-1704
cbeguin@thecaublefirm.com

PLAINTIFFS FIRST AMENDED COMPLAINT - Page 8

3.  On Plaintiff's Third Claim for Relief, an award of the fair market value of the properties to the Plaintiff against both Timothy Rote individually, and against the proposed Rote Irrevocable Trust.

4.  On Plaintiff's Fourth claim for Relief, an Order making co-Defendants jointly and severally liable to the Plaintiff in this matter, and a finding from the Court through Judicial Estoppel that co-Defendant's had an object to be accomplished and a meeting of the minds on the object or course of action.

5.  On Plaintiff's Fifth claim for Relief, an Order granting Plaintiff's reasonable attorney fees.

**DATED** this 24th day of April, 2024.

CAUBLE & WHITTINGTON, LLP

*/s/Chase A.S. Beguin*
Chase A. S. Beguin, OSB No. 222861
cbeguin@thecaublefirm.com
PO Box 398
111 SE Sixth Street
Grants Pass, OR 97528

*Attorney for Plaintiff*

CAUBLE & WHITTINGTON, **LLP**
111 SE Sixth Street  PO Box 398
Grants Pass, OR 97528
541-476-8825 Fax 541-471-1704
cbeguin@thecaublefirm.com

PLAINTIFFS FIRST AMENDED COMPLAINT - Page 9



Department of the Treasury
Internal Revenue Service
PO BOX 9012
HOLTSVILLE NY 11742-9012

**IRS**

Plaintiff Exhibit
Page 10



| | |
|---|---|
| Notice | CP2501 |
| Tax year | 2022 |
| Notice date | February 12, 2024 |
| Social Security number | ████ |
| AUR control number | 40012 0063 |
| To contact us | Phone 1-800-829-8310<br>Fax 1-877-477-9599 |

Page 1 of 6



006399.559787.47404.13980 1 AB 0.587 969

MAXIMILIAN ZWEIZIG
140 FORD AVE
WOODBURY NJ 08096-5064

*15468372720221*

006395

Important message about your 2022 Form 1040, U.S. Individual Income Tax Return

# Your tax return doesn't match the information we have on file

The income and payment information we have on file from third parties, such as employers or financial institutions, doesn't match the information you reported on your tax return.

## What you need to do immediately

Review this notice and compare what you listed on your 2022 tax return to the amounts reported to the IRS by others.

**If you agree with the information reported by other sources**
Complete, sign and date the response form on Page 5 (we require both spouses' signatures if you filed married filing jointly) and send it to us so we receive it by March 13, 2024.

**If you don't agree with the information reported by other sources**
Complete the response form on Page 5 and send it to us along with a signed statement so we receive it by March 13, 2024. Also include copies of any documents, such as a corrected W-2, 1099 or missing forms, to support your signed statement.

**If we don't hear from you**

If we don't receive your response by March 13, 2024, we'll send you a notice stating the proposed changes to your tax return and the amount of additional tax you owe plus any penalties and interest that apply.

EXHIBIT 8
Page 1 on back.

Plaintiff Exhibit 1
Page 17



| Notice | CP2501 |
|---|---|
| Tax year | 2022 |
| Notice date | February 12, 2024 |
| Social Security number | ████ |
| Page 2 of 6 | |

---

## Differences between your 2022 Form 1040 and information from other sources

This section tells you specifically what income information we received about you from others (including your employers, banks, mortgage holders, etc.). This information doesn't match the information you reported on your tax return.

To understand where the differences occurred, use the information below to compare what we received to what you reported on your tax return.

### Taxable Dividends

| Received from | Address | Account Information | Shown on return | Reported by others | Difference |
|---|---|---|---|---|---|
| ACORNS SECURITIES LLC | 5300 CALIFORNIA AVENUE IRVINE CA 92617 | 01767445300749B1 SSN ███27 Form 1099-DIV Qualified Dividends $12 | $0 | $52 | $52 |

### Nonemployee Compensation

| Received from | Address | Account Information | Shown on return | Reported by others | Difference |
|---|---|---|---|---|---|
| TIMOTHY ROTE IRREVOCABLE TRUST | PO BOX 1583 TUALATIN OR 97062 | SSN ███27 Form 1099-NEC Date Sold or Disposed 7/19/23 | $0 | $75,000 | $75,000 |

### Other Income

| Received from | Address | Account Information | Shown on return | Reported by others | Difference |
|---|---|---|---|---|---|
| TANYA & TIMOTHY ROTE | PO BOX 1583 TUALATIN OR 97062 | SSN ███27 Form 1099-MISC Date Sold or Disposed 7/31/23 | $4 | | |

### Documentation Upload Tool (DUT)

Send us your documents using the Documentation Upload Tool within 30 days from the date of this notice. To use the tool, visit IRS.gov/dutreply and enter access code 895ny-k9654.

### Qualified dividends

Based on the information your financial institution reported to us, we used the qualified dividends shown in box 1b, of Form 1099-DIV, Dividends and Distributions to recompute your tax. Let us know if you need to change the eligible qualified dividends as reported to us.

### Misidentified income

If any of the income shown on this notice isn't yours, send us the name, address, and taxpayer identification number of the person who received the income. To prevent future incorrect reporting to the IRS, notify the payer to adjust their records to show the correct name and taxpayer identification number.

### Form W-2 or 1099 not received

The income reported on your return doesn't match the documents we received from your employer or payers. The law requires you to accurately report all income you receive. If your employers don't send proper information documents or forms (for example, Form W-2, Wage and Tax Statement, Form 1099), you must estimate your income based on your paycheck stubs, bank statements, or other records and include your estimate on your tax return.

Plaintiff Exhibit 2
Page 1

9595    ☐ VOID    ☐ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>Tanya & Timothy Rote<br>PO Box 1583<br>Tualatin, OR 97062 | 1 Rents<br>$ | OMB No. 1545-0115<br><br>Form **1099-MISC**<br>(Rev. January 2022) | **Miscellaneous Information** |
|---|---|---|---|
| | 2 Royalties<br>$ | For calendar year<br>20 _22_ | |
| | 3 Other income<br>$   35,939 | 4 Federal income tax withheld<br>$ | **Copy A**<br>For<br>**Internal Revenue Service Center** |
| PAYER'S TIN ███    RECIPIENT'S TIN ███ | 5 Fishing boat proceeds<br><br>$ | 6 Medical and health care payments<br>$ | File with Form 1096. |
| RECIPIENT'S name<br><br>Max Zweizig | 7 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | 8 Substitute payments in lieu of dividends or interest<br>$ | For Privacy Act and Paperwork Reduction Act |
| Street address (including apt. no.)<br><br>140 Ford Avenue | 9 Crop insurance proceeds<br><br>$ | 10 Gross proceeds paid to an attorney<br>$ | Notice, see the current General Instructions for |
| City or town, state or province, country, and ZIP or foreign postal code<br><br>Woodbury, New Jersey 08096 | 11 Fish purchased for resale<br><br>$ | 12 Section 409A deferrals<br><br>$ | Certain Information Returns. |
| | 13 FATCA filing requirement ☐ | 14 Excess golden parachute payments<br>$ | 15 Nonqualified deferred compensation<br>$ | |
| Account number (see instructions) | 2nd TIN not. ☐ | 16 State tax withheld<br>$<br>$ | 17 State/Payer's state no. | 18 State income<br>$<br>$ |

Form **1099-MISC** (Rev. 1-2022)    Cat. No. 14425J    www.irs.gov/Form1099MISC    Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page**

Do Not Staple    6969

| Form **1096**<br>Department of the Treasury<br>Internal Revenue Service | **Annual Summary and Transmittal of<br>U.S. Information Returns** | OMB No. 1545-0108<br>20**22** |

**FILER'S name**

Tanya & Timothy Rote

Street address (including room or suite number)
PO Box 1583

City or town, state or province, country, and ZIP or foreign postal code
Tualatin, OR 97062

| Name of person to contact<br>Timothy Rote | Telephone number<br>5032726264 | **For Official Use Only** |
| Email address<br>tim@rotecpa.com | Fax number | |

| 1 Employer identification number | 2 Social security number | 3 Total number of forms<br>1 | 4 Federal income tax withheld<br>$ | 5 Total amount reported with this Form 1096<br>$ |

6 Enter an "X" in only one box below to indicate the type of form being filed.

| W-2G<br>32 | 1097-BTC<br>50 | 1098<br>81 | 1098-C<br>78 | 1098-E<br>84 | 1098-F<br>03 | 1098-O<br>74 | 1098-T<br>83 | 1099-A<br>80 | 1099-B<br>79 | 1099-C<br>85 | 1099-CAP<br>73 | 1099-DIV<br>91 | 1099-G<br>86 | 1099-INT<br>92 | 1099-K<br>10 | 1099-LS<br>16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| 1099-LTC<br>93 | 1099-MISC<br>95 | 1099-NEC<br>71 | 1098-OID<br>96 | 1099-PATR<br>97 | 1099-Q<br>31 | 1099-QA<br>1A | 1099-R<br>98 | 1099-S<br>75 | 1099-SA<br>94 | 1099-SB<br>43 | 3921<br>25 | 3922<br>26 | 5498<br>28 | 5498-ESA<br>72 | 5498-QA<br>2A | 5498-SA<br>27 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Return this entire page to the Internal Revenue Service. Photocopies are not acceptable.**
**Send this form, with the copies of the form checked in box 6, to the IRS in a flat mailer (not folded).**

Under penalties of perjury, I declare that I have examined this return and accompanying documents and, to the best of my knowledge and belief, they are true, correct, and complete.

Signature ▶ *Timothy Rote*        Title ▶        Date ▶

## Instructions

**Future developments.** For the latest information about developments related to Form 1096, such as legislation enacted after it was published, go to www.irs.gov/Form1096.

**Reminder.** The only acceptable method of electronically filing information returns listed on this form in box 6 with the IRS is through the FIRE System. See Pub. 1220.

**Purpose of form.** Use this form to transmit paper Forms 1097, 1098, 1099, 3921, 3922, 5498, and W-2G to the IRS.

**Caution:** If you are required to file 250 or more information returns of any one type (excluding Form 1098-F), you must file electronically. If you are required to file electronically but fail to do so, and you do not have an approved waiver, you may be subject to a penalty. The Taxpayer First Act of 2019, enacted July 1, 2019, authorized the Department of the Treasury and the IRS to issue regulations that reduce the 250-return requirement for 2021 tax returns. If those regulations are issued and effective for 2022 tax returns required to be filed in 2023, we will post an article at www.irs.gov/Form1099 explaining the change. Until regulations are issued, however, the number remains at 250, as reflected in these instructions. For more information, see part F in the 2022 General Instructions for Certain Information Returns.

Forms 1099-QA and 5498-QA can be filed on paper only, regardless of the number of returns.

**Who must file.** Any person or entity who files any of the forms shown in line 6 above must file Form 1096 to transmit those forms to the IRS.

**Caution:** Your name and TIN must match the name and TIN used on your 94X series tax return(s) or you may be subject to information return penalties. Do not use the name and/or TIN of your paying agent or service bureau.

Enter the filer's name, address (including room, suite, or other unit number), and taxpayer identification number (TIN) in the spaces provided on the form. The name, address, and TIN of the filer on this form must be the same as those you enter in the upper left area of Forms 1097, 1098, 1099, 3921, 3922, 5498, or W-2G.

**When to file.** File Form 1096 as follows.

• With Forms 1097, 1098, 1099, 3921, 3922, or W-2G, file by February 28, 2023.

• With Forms 1099-NEC, file by January 31, 2023.

• With Forms 5498, file by May 31, 2023.

### Where To File

Send all information returns filed on paper with Form 1096 to the following.

| If your principal business, office or agency, or legal residence in the case of an individual, is located in ▼ | Use the following address ▼ |
|---|---|
| Alabama, Arizona, Arkansas, Delaware, Florida, Georgia, Kentucky, Maine, Massachusetts, Mississippi, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Ohio, Texas, Vermont, Virginia | Internal Revenue Service<br>P.O. Box 149213<br>Austin, TX 78714-9213 |

For more information and the Privacy Act and Paperwork Reduction Act Notice, see the 2022 General Instructions for Certain Information Returns.

Cat. No. 14400O        Form **1096** (2022)

Plaintiff Exhibit 2
Page 3

ALBERTAZZI LAW FIRM
296 SW Columbia St., Ste. B
Bend, OR 97702
541 317-0231

Anthony V. Albertazzi, OSB #960036
a.albertazzi@albertazzilaw.com
Of Attorneys for Plaintiff

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF CLACKAMAS

| | |
|---|---|
| MAX ZWEIZIG, and individual,<br><br>Plaintiff,<br><br>v.<br><br>TANYA ROTE and TIMOTHY ROTE, husband and wife; and NORTHWEST HOLDING, LLC, an Oregon limited liability company,<br><br>Defendants. | Case No. 19CV01547<br><br>Related Case No. A174364<br><br>SATISFACTION OF JUDGMENTS |

For good and adequate consideration, full satisfaction is hereby acknowledged of the judgments entered in Clackamas County Circuit Court on January 28, 2021 and October 11, 2022, in favor of Plaintiff Max Zweizig and against Defendants Timothy and Tanya Rote. The clerk of this court is authorized to record a full satisfaction of the above-referenced judgments.

Dated: November 14, 2022

/s/ Anthony V. Albertazzi
Anthony V. Albertazzi, OSB #960036
Of Attorneys for Plaintiff Max Zweizig

Page 1 of 2    SATISFACTION OF JUDGMENTS
115027

## CERTIFICATE OF SERVICE

I hereby certify that pursuant to the date appearing above my signature below I served the foregoing SATISFACTION OF JUDGMENT by depositing a copy thereof in the United States mail in Bend, Oregon enclosed in a sealed envelope, with postage and/or fees paid and addressed to:

Timothy Rote
7427 SW Coho Court #200
Tualatin, OR 97062
Email: timothy.rote@gmail.com

Brooks Foster
Chenoweth Law Group
510 SW 5th, 4th Fl
Portland, OR 97204
Email: foster@chenowethlaw.com

Dated: November 14, 2022

/s/ Sarah Schofield
Sarah Schofield, Paralegal to
Anthony Albertazzi, OSB #960036
Attorney for Plaintiff

Page 2 of 2     SATISFACTION OF JUDGMENTS
I15027

Plaintiff Exhibit 2
Page 5



DocuSign Envelope ID: 84639485-F7D4-434E-872A-00B91CFA0DB5

Plaintiff Exhibit 2
**Page 6**
Bond # **4431125**

IN THE CIRCUIT COURT OF THE STATE OF OREGON

IN AND FOR CLACKAMAS COUNTY

MAX ZWEIZIG, an individual

Plaintiff

vs.

Case No. 19CV01547
SUPERSEDEAS BOND

TANYA ROTE and TIMOTHY ROTE, husband and wife;
and NORTHWEST HOLDING, LLC, an Oregon limited
liability company,

Defendant

KNOWN ALL BY THESE PRESENTS, that we, Tanya Rote, as principal, and SureTec Insurance Company, a corporation organized under the laws of the state of Texas, and duly authorized to transact business in the State of Oregon, as Surety, are held and firmly bound unto the Plaintiff, in the penal sum of Twenty Six Thousand Two Hundred Thirteen and no/100*** ($26,213.00***) Dollars, lawful money of the United States, to the payment of which well and truly be made we bind ourselves and our heirs, administrators, successors, and assigns, jointly and severally, firmly by these presents.

WHEREAS, on the 27 day of JANUARY, 2021, a judgment was rendered by the Circuit Court of the State of Oregon, in and for the County of Clackamas, in the above entitled and numbered action in favor of the Plaintiff, Max Zweizig, and against the Defendant, Tanya Rote and Timothy Rote, husband and wife; and Northwest Holding, LLC, an Oregon limited liability company.

WHEREAS, said Defendant has appealed, or is about to appeal, to the Appellate Court of the State of Oregon, from the above mentioned judgment and the whole thereof, and said defendant desires to suspend execution of said judgment pending such appeal.

NOW, THEREFORE, the condition of this obligation is such that, if the above named principal, Tanya Rote, shall prosecute her appeal with effect and shall, if the judgment of the Appellate Court be against him, perform such judgment or decree of said court, and pay all such damages, interest and costs as may be awarded against him on such appeal, then this obligation shall be void, otherwise to remain in full force and effect.

PROVIDED, HOWEVER, that in no event shall the surety's liability exceed the penal sum of this bond.

SIGNED AND SEALED this 23 day of March, 2021.

By ___ DocuSigned by: Tanya Rote
3832B11EFEDA4EE...
Tanya Rote, Principal

SureTec Insurance Company

By ___ Jenny Tuomi
Jenny Tuomi, Attorney-in-fact

FOR COURT USE
Filed Date: _____

Accepted By: _____

Bond issued by:  COURT BONDS (503) 977-5624
                5727 S. Macadam Ave
                Portland OR  97239
                www.jdfcourtbonds.com



DocuSign Envelope ID: 84639485-F7D4-434E-872A-00B91CFA0DB5                    Plaintiff Exhibit 2

POA #: __3710021__  **Page 7**

# SureTec Insurance Company
## LIMITED POWER OF ATTORNEY

*Know All Men by These Presents,* That SURETEC INSURANCE COMPANY (the "Company"), a corporation duly organized and existing under the laws of the State of Texas, and having its principal office in Houston, Harris County, Texas, does by these presents make, constitute and appoint       Susan Morell, Bari Smith, Peggy MacMillan, Jan Oyala, Jenny Tuomi, Kristina Anderson,

Amanda Manning, Megan McGlohn, Amy Ringsage

its true and lawful Attorney-in-fact, with full power and authority hereby conferred in its name, place and stead, to execute, acknowledge and deliver  any and all bonds, recognizances, undertakings  or  other instruments  or  contracts of suretyship to include waivers to the conditions of contracts and  consents of surety for, providing the bond penalty does not exceed

Fifty Million and 00/100 Dollars ($50,000,000.00)

and to bind the Company thereby as fully  and to the same extent as if such bond were signed by the CEO, sealed with the corporate seal of the Company and duly attested by its Secretary, hereby ratifying and confirming all that the said Attorney-in-Fact may do in the premises.  Said appointment is made under and by authority of the following resolutions of the Board of Directors of the SureTec Insurance Company:

*Be it Resolved,* that the President, any Vice-President, any Assistant Vice-President, any Secretary or any Assistant Secretary shall be and is hereby vested with full power and authority to appoint any one or more suitable persons as Attorney(s)-in-Fact to represent and act for and on behalf of the Company subject to the following provisions:

*Attorney-in-Fact* may be given full power and authority for and in the name of and of behalf of the Company, to execute, acknowledge and deliver, any and all bonds, recognizances, contracts, agreements or indemnity and other conditional or obligatory undertakings and any and all notices and documents canceling or terminating the Company's liability thereunder, and any such instruments so executed by any such Attorney-in-Fact shall be binding upon the Company as if signed by the President and sealed and effected by the Corporate Secretary.

*Be it Resolved,* that the signature of any authorized officer and seal of the Company heretofore or hereafter affixed to any power of attorney or any certificate relating thereto by facsimile, and any power of attorney or certificate bearing facsimile signature or facsimile seal shall be valid and binding upon the Company with respect to any bond or undertaking to which it is attached. *(Adopted at a meeting held on 20th of April, 1999.)*

*In Witness Whereof,* SURETEC INSURANCE COMPANY has caused these presents to be signed by its CEO, and its corporate seal to be hereto affixed this 22nd day of   July       A.D. 2019 .

SURETEC INSURANCE COMPANY

By: _____
       John Knox Jr., CEO

State of Texas            ss:
County of Harris

On this 22nd day of   July      ; A.D. 2019 before me personally came John Knox Jr., to me known, who, being by me duly sworn, did depose and say, that he resides in Houston, Texas, that he is CEO of SURETEC INSURANCE COMPANY, the company described in and which executed the above instrument; that he knows the seal of said Company; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said Company; and that he signed his name thereto by like order.

JACQUELYN GREENLEAF
Notary Public, State of Texas
Comm. Expires 05-18-2021
Notary ID 126903029

_____
Jacquelyn Greenleaf, Notary Public
My commission expires May 18, 2021

I, M. Brent Beaty, Assistant Secretary of SURETEC INSURANCE COMPANY, do hereby certify that the above and foregoing is a true and correct copy of a Power of Attorney, executed by said Company, which is still in full force and effect; and furthermore, the resolutions of the Board of Directors, set out in the Power of Attorney are in full force and effect.

Given under my hand and the seal of said Company at Houston, Texas this .  23   day of . March                        , . 2021        , A.D.

_____
M. Brent Beaty, Assistant Secretary

**Any instrument issued in excess of the penalty stated above is totally void and without any validity.  3710021**
**For verification of the authority of this power you may call (713) 812-0800 any business day between 8:30 am and 5:00 pm CST.**

Plaintiff Exhibit 3
Page 1

Date: **11/07/2022**
Amount: **26,213.00**
Check Number: **3006724**
Account Number: **509898816**





9/27/24, 7:07 PM                                    U.S. Bank | CaSTR                          Plaintiff Exhibit 3
                                                                                                    Page 2

## U.S. Bank Confidential Communication

# usbank.

Requested by: Kimberly Lastrapes

This check image contains confidential information. If you print this image, please store it in a secure place to avoid unauthorized usage of this information. Increased security awareness when discarding or destroying this document is recommended.

**Item #1**
**Account No.:** 150080235305
**Check No.:** 3221519798
**Sequence No.:** 009214740280
**Amount:** 9,754.77
**Routing No.:** 09290038
**Date:** 11/04/2022
**Front:**



**Back:**

Plaintiff Exhibit 4

Do Not Staple    6969

**Form 1096**

Department of the Treasury
Internal Revenue Service

**Annual Summary and Transmittal of U.S. Information Returns**

OMB No. 1545-0108

**2022**

FILER'S name

Timothy Rote Irrevocable Trust

Street address (including room or suite number)

PO Box 1583

City or town, state or province, country, and ZIP or foreign postal code

Tualatin, OR 97062

| Name of person to contact | Telephone number | **For Official Use Only** |
|---|---|---|
| Timothy Rote | 5032726264 | |
| Email address tim@rotecpa.com | Fax number | |

| 1 Employer identification number | 2 Social security number | 3 Total number of forms | 4 Federal income tax withheld | 5 Total amount reported with this Form 1096 |
|---|---|---|---|---|
| 87-7034602 | | | $ | $ |

6 Enter an "X" in only one box below to indicate the type of form being filed.

| W-2G 32 | 1097-BTC 50 | 1098 81 | 1098-C 78 | 1098-E 84 | 1098-F 03 | 1098-Q 74 | 1098-T 83 | 1099-A 80 | 1099-B 79 | 1099-C 85 | 1099-CAP 73 | 1099-DIV 91 | 1099-G 86 | 1099-INT 92 | 1099-K 10 | 1099-LS 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| 1099-LTC 93 | 1099-MISC 95 | 1099-NEC 71 | 1099-OID 96 | 1099-PATR 97 | 1099-Q 31 | 1099-QA 1A | 1099-R 98 | 1099-S 75 | 1099-SA 94 | 1099-SB 43 | 3921 25 | 3922 26 | 5498 28 | 5498-ESA 72 | 5498-QA 2A | 5498-SA 27 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

## Return this entire page to the Internal Revenue Service. Photocopies are not acceptable.
## Send this form, with the copies of the form checked in box 6, to the IRS in a flat mailer (not folded).

Under penalties of perjury, I declare that I have examined this return and accompanying documents and, to the best of my knowledge and belief, they are true, correct, and complete.

Signature ▶ *Timothy Rote*    Title ▶    Date ▶

## Instructions

**Future developments.** For the latest information about developments related to Form 1096, such as legislation enacted after it was published, go to *www.irs.gov/Form1096*.

**Reminder.** The only acceptable method of electronically filing information returns listed on this form in box 6 with the IRS is through the FIRE System. See Pub. 1220.

**Purpose of form.** Use this form to transmit paper Forms 1097, 1098, 1099, 3921, 3922, 5498, and W-2G to the IRS.

**Caution:** If you are required to file 250 or more information returns of any one type (excluding Form 1098-F), you must file electronically. If you are required to file electronically but fail to do so, and you do not have an approved waiver, you may be subject to a penalty. The Taxpayer First Act of 2019, enacted July 1, 2019, authorized the Department of the Treasury and the IRS to issue regulations that reduce the 250-return requirement for 2021 tax returns. If those regulations are issued and effective for 2022 tax returns required to be filed in 2023, we will post an article at *www.irs.gov/Form1099* explaining the change. Until regulations are issued, however, the number remains at 250, as reflected in these instructions. For more information, see part F in the 2022 General Instructions for Certain Information Returns.

Forms 1099-QA and 5498-QA can be filed on paper only, regardless of the number of returns.

**Who must file.** Any person or entity who files any of the forms shown in line 6 above must file Form 1096 to transmit those forms to the IRS.

**Caution:** Your name and TIN must match the name and TIN used on your 94X series tax return(s) or you may be subject to information return penalties. Do not use the name and/or TIN of your paying agent or service bureau.

Enter the filer's name, address (including room, suite, or other unit number), and taxpayer identification number (TIN) in the spaces provided on the form. The name, address, and TIN of the filer on this form must be the same as those you enter in the upper left area of Forms 1097, 1098, 1099, 3921, 3922, 5498, or W-2G.

**When to file.** File Form 1096 as follows.

• With Forms 1097, 1098, 1099, 3921, 3922, or W-2G, file by February 28, 2023.

• With Forms 1099-NEC, file by January 31, 2023.

• With Forms 5498, file by May 31, 2023.

### Where To File

Send all information returns filed on paper with Form 1096 to the following.

| If your principal business, office or agency, or legal residence in the case of an individual, is located in | Use the following address |
|---|---|
| Alabama, Arizona, Arkansas, Delaware, Florida, Georgia, Kentucky, Maine, Massachusetts, Mississippi, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Ohio, Texas, Vermont, Virginia | Internal Revenue Service P.O. Box 149213 Austin, TX 78714-9213 |

For more information and the Privacy Act and Paperwork Reduction Act Notice, see the 2022 General Instructions for Certain Information Returns.

Cat. No. 14400O    Form **1096** (2022)

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF CLACKAMAS

| MAX ZWEIZIG, | Case No.: 23CV28582 |
|---|---|
| Plaintiff, | **LIMITED JUDGMENT AND MONEY AWARD IN FAVOR OF TANYA ROTE FOR ATTORNEY FEES AND COSTS** |
| v. | |
| TIMOTHY ROTE, TANYA ROTE, | |
| Defendants. | |

Having reviewed relevant portions of its records, and being well informed, THE COURT HEREBY FINDS as follows:

1. On May 24, 2024, Defendant Tanya Rote ("Tanya Rote") filed a *Statement of Attorney Fees, Costs, and Disbursements* pursuant to ORCP 68 C (the "Statement") in accordance with the Court's *Order and Limited Judgments* entered on May 10, 2024.

2. On May 24, 2024, counsel for Tanya Rote served the Statement on counsel for Plaintiff Max Zweizig ("Zweizig").

3. The Statement seeks an award of reasonable attorney fees, costs, and disbursements in favor of Tanya Rote and against Zweizig in the total amount of $67,136.40.

4. Zweizig did not file or serve any objections to the Statement within 14 days of being served with the Statement.

CHENOWETH LAW GROUP, PC
510 SW Fifth Avenue, 4th Floor
Portland, OR  97204
Telephone: (503) 221-7958
Facsimile: (503) 221-2182
Email: bfoster@chenowethlaw.com
bcrittenden@chenowethlaw.com

5. Because Zweizig did not timely file and serve any objections to the Statement, the Statement is unopposed and ORCP 68 C(4)(f) authorizes the Court to "award attorney fees or costs and disbursements sought in the statement" as set forth in ORCP 68 C(4)(f).

6. For the reasons set forth in the Statement, the attorney fees, costs, and disbursements sought in the Statement are reasonable and Tanya Rote is entitled to recover them from Zweizig.

Based on the foregoing findings, THE COURT HEREBY ORDERS AND ADJUDGES that this *Limited Judgment and Money Award in Favor of Tanya Rote for Attorney Fees and Costs* shall be entered in favor of Defendant Tanya Rote and against Plaintiff Max Zweizig for Tanya Rote's attorney fees, costs, and disbursements in the sum of $67,136.40, as detailed below.

## MONEY AWARD

| | |
|---|---|
| 1. a. Name and address of judgment creditor: | Tanya Rote<br>c/o Chenoweth Law Group, PC<br>510 SW Fifth Ave., 4th Floor<br>Portland, OR 97204 |
| b. Name, address, telephone number, and OSB number of judgment creditors' Oregon attorneys: | Brooks M. Foster, OSB No. 042873<br>Bradely T. Crittenden, OSB No. 173274<br>Chenoweth Law Group, PC<br>510 SW Fifth Ave., 4th Floor<br>Portland, OR 97204<br>Tel: (503) 221-7958 |
| 2. a. Judgment debtors and last known addresses: | Max Zweizig<br>140 Ford Avenue<br>Woodbury, NJ 08096 |
| b. Judgment debtor's date of birth, Social Security number, and driver's license information: | SSN: xxx-xx-3727 |

Page 2 -   LIMITED JUDGMENT AND MONEY AWARD
            IN FAVOR OF TANYA ROTE
            FOR ATTORNEY FEES AND COSTS

CHENOWETH LAW GROUP, PC
510 SW Fifth Avenue, 4th Floor
Portland, OR 97204
Telephone: (503) 221-7958
Facsimile: (503) 221-2182
Email: bfoster@chenowethlaw.com
bcrittenden@chenowethlaw.com

| | |
|---|---|
| c.  Judgment debtor's attorney: | Chase A. S. Beguin<br>Cauble & Whittington, LLP<br>P.O. Box 398<br>Grants Pass, OR 97528<br>Tel: (541) 476-8825 |
| 3.  Person or public body (other than judgment creditor's attorney) entitled to any portion of a payment made on the award: | n/a |
| 4.  Principal amount of judgment: | $0 |
| 5.  Pre-judgment interest: | None |
| 6.  Attorney fees (awarded as reasonable attorney fees for prevailing on special motion to strike pursuant to ORS 31.152(3)): | $61,197.40 |
| 6.  Costs and disbursements: | $594 |
| 7.  Prevailing party fee: | $5,345 |
| 8.  Post-judgment interest: | 9% per annum on the total amount of $67,136.40 from date of judgment until paid |

DATED:

**8/7/2024 3:39:46 PM**

**Circuit Court Judge Michael C. Wetzel**

Signed for Judge Stephen F English

Page 3 -  LIMITED JUDGMENT AND MONEY AWARD
IN FAVOR OF TANYA ROTE
FOR ATTORNEY FEES AND COSTS

CHENOWETH LAW GROUP, PC
510 SW Fifth Avenue, 4th Floor
Portland, OR  97204
Telephone: (503) 221-7958
Facsimile: (503) 221-2182
Email: bfoster@chenowethlaw.com
hcrittenden@chenowethlaw.com

Plaintiff Exhibit 5
Page 4

PRESENTED BY:

Brooks M. Foster, OSB No. 042873
Bradley T. Crittenden, OSB No. 173274
Chenoweth Law Group, PC
510 SW Fifth Avenue, 4th Floor
Portland, OR  97204
Phone: (503) 221-7958
Fax:  (503) 221-2182
Email: bfoster@chenowethlaw.com
bcrittenden@chenowethlaw.com

*Attorneys for Defendant Tanya Rote*

Page 4 -  LIMITED JUDGMENT AND MONEY AWARD
IN FAVOR OF TANYA ROTE
FOR ATTORNEY FEES AND COSTS

CHENOWETH LAW GROUP, PC
510 SW Fifth Avenue, 4th Floor
Portland, OR 97204
Telephone: (503) 221-7958
Facsimile: (503) 221-2182
Email: bfoster@chenowethlaw.com
bcrittenden@chenowethlaw.com

Plaintiff Exhibit 5
Page 5

## CERTIFICATE OF COMPLIANCE
### (UTCR 5.100)

This proposed order or judgment is ready for judicial signature because:

1.    ☐    Each opposing party affected by this order or judgment has stipulated to the order or judgment, as shown by each opposing party's signature on the document being submitted.

2.    ☐    Each opposing party affected by this order or judgment has approved the order or judgment, as shown by signature on the document being submitted or <u>by written confirmation of approval sent to me</u>.

3.    ■    I have served a copy of this order or judgment on all parties entitled to service and:

    a.    ■    No objection has been served on me.

    b.    ☐    I received objections that I could not resolve with the opposing party despite reasonable efforts to do so.  I have filed a copy of the objections I received and indicated which objections remain unresolved.

    c.    ☐    After conferring about objections, [ role and name of opposing party] agreed to independently file any remaining objection.

4.    ☐    Service is not required pursuant to UTCR 5.100(3), or by statute, rule, or otherwise.

5.    ☐    This is a proposed judgment that includes an award of punitive damages and notice has been served on the Director of Crime Victims' Assistance Section as required by subsection (4) of this rule.

6.    ☐    Other: _____

DATED: July 8, 2024

                                   /s/    *Brooks M. Foster*
                                   Brooks M. Foster, OSB No. 042873

Page 5 -   LIMITED JUDGMENT AND MONEY AWARD
           IN FAVOR OF TANYA ROTE
           FOR ATTORNEY FEES AND COSTS

CHENOWETH LAW GROUP, PC
510 SW Fifth Avenue, 4th Floor
Portland, OR 97204
Telephone: (503) 221-7958
Facsimile: (503) 221-2182
Email: bfoster@chenowethlaw.com
bcrittenden@chenowethlaw.com

## DECLARATION OF SERVICE

I hereby certify that I served the foregoing LIMITED JUDGMENT AND MONEY AWARD IN FAVOR OF TANYA ROTE FOR ATTORNEY FEES AND COSTS on the following:

Chase A. S. Beguin                    Timothy Rote
Cauble & Whittington, LLP             7427 SW Coho Ct. # 200
P.O. Box 398                          Tualatin, OR 97062
Grants Pass, OR 97528                 Timothy.rote@gmail.com
cbeguin@thecaublefirm.com
                                      *Defendant Pro Se*
*Attorneys for Plaintiff*

by the following method(s):

__XX__    by **emailing** a full, true and correct copy thereof to the parties at the email addresses shown above, which are the last-known email addresses of the parties, on the date set forth below.

__XX__    by **e-serving** a full, true and correct copy thereof to the parties through OJD eFile, on the date set forth below.

_____    by **mailing** a full, true and correct copy thereof in a sealed, first-class, postage pre-paid envelope, addressed to the last-known address of the parties as shown above, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

_____    by **hand delivering** a full, true and correct copy thereof to the parties at the last known business address of the parties above.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it may be used as evidence in court and is subject to penalty for perjury.

Dated: July 8, 2024

CHENOWETH LAW GROUP, PC

/s/ Skylar Washabaugh
Skylar Washabaugh, Paralegal

DECLARATION OF SERVICE

CHENOWETH LAW GROUP, PC
510 SW Fifth Avenue, 4th Floor
Portland, OR 97204
Telephone: (503) 221-7958
Facsimile: (503) 221-2182
Email: swashabaugh@chenowethlaw.com

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF CLACKAMAS

| | |
|---|---|
| MAX ZWEIZIG,<br><br>                    Plaintiff,<br><br>      v.<br><br>TIMOTHY ROTE, TANYA ROTE,<br><br>                    Defendants. | Case No.: 23CV28582<br><br>ORDER AND LIMITED JUDGMENTS |

This matter came before the Court for hearing and oral argument at 9:00 a.m. on December 18, 2023, on *Defendant Tanya Rote's Special Motion to Strike, Motions to Dismiss, Motions for Attorney Fees, and Alternative Motions to Make More Definite and Certain* (filed Aug. 28, 2023) and *Defendant Timothy Rote's Anti-SLAPP Motion to Strike and, in the Alternative, Motion to Dismiss* [and] *Motion for Sanctions* (filed Aug. 14, 2023). Brooks M. Foster of Chenoweth Law Group, PC, appeared for Defendant Tanya Rote ("Mrs. Rote"). Defendant Timothy Rote ("Mr. Rote") appeared *pro se*. Chase A. S. Beguin of Cauble & Whittington, LLP, appeared for Plaintiff Max Zweizig ("Mr. Zweizig").

THE COURT, having heard the parties' arguments, read the parties' submissions, reviewed relevant portions of the Court file, and being well informed hereby finds, concludes, and orders the following:

### FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDERS

1.     Mr. Zweizig's claim against Mrs. Rote for intentional infliction of emotional distress ("IIED") shall be stricken in full pursuant to ORS 31.150 and dismissed without

Page 1 - ORDER AND LIMITED JUDGMENTS

CHENOWETH LAW GROUP, PC
510 SW Fifth Avenue 4th Floor
Portland, OR 97204
Telephone: (503) 221-7958
Facsimile: (503) 221-2182
Email: bfoster@chenowethlaw.com
bcrittenden@chenowethlaw.com

prejudice via limited judgment. The Court finds Mr. Zweizig's evidence presented in opposition to the motion did not satisfy his burden of production pursuant to ORS 31.150.

2.    Mrs. Rote's motion to dismiss the fraudulent transfer claim against her under ORCP 21 A(1)(h) is unopposed by Mr. Zweizig and is therefore granted such that the claim is dismissed without prejudice.

3.    Mrs. Rote is entitled to an award of reasonable attorney fees plus costs and disbursements, in an amount to be determined pursuant to ORCP 68.

4.    Mrs. Rote is entitled to entry of the limited judgment set forth below.

5.    Mr. Rote's anti-SLAPP motion under ORS 31.150 to strike Mr. Zweizig's IIED claim against him is granted in part and denied in part, as follows:

a.    Mr. Rote's motion is granted as to the allegations that he is liable for IIED because of statements in judicial proceedings, which statements are absolutely privileged as a matter of law. Such allegations, including those in paragraphs 8 and 10 of Mr. Zweizig's complaint, are hereby stricken and dismissed from the complaint pursuant to ORS 31.150.

b.    Mr. Rote's motion is denied as to the portions of the claim that allege IIED arising from blog statements. This order is without prejudice to any motion Mr. Rote might bring in the future against an amended complaint.

6.    Mr. Rote's motion to dismiss the fraudulent transfer claim against him under ORCP 21 A(1)(h) is unopposed by Mr. Zweizig and is therefore granted such that the claim is dismissed without prejudice.

7.    Mr. Rote is entitled to entry of the limited judgment set forth below.

8.    Mr. Zweizig did not oppose Ms. Rote's motion to make more definite and certain all references to "Defendant" in Mr. Zweizig's complaint, and Mr. Rote joined in that motion. Mr. Zweizig is therefore ordered to amend his complaint to make more definite and certain all references to "Defendant."

Page 2 -  ORDER AND LIMITED JUDGMENTS

CHENOWETH LAW GROUP, PC
510 SW Fifth Avenue, 4th Floor
Portland, OR 97204
Telephone: (503) 221-7958
Facsimile: (503) 221-2182
Email: bfoster@chenowethlaw.com
bcrittenden@chenowethlaw.com

9.    Mr. Zweizig is ordered to prepare an amended complaint reflecting the orders above. Within 30 calendar days from the Court's entry of this *Order and Limited Judgments*, Mr. Zweizig must either: (a) file an amended complaint with written consent of the adverse parties pursuant to ORCP 23 A; or (b) file a motion for leave to amend his complaint pursuant to ORCP 23 A. If Mr. Zweizig files a motion for leave to amend, it must comply with UTCR 5.010, UTCR 5.070, and all other applicable rules and laws governing such amendments and motions.

### LIMITED JUDGMENT IN FAVOR OF DEFENDANT TANYA ROTE

Pursuant to the foregoing findings of fact, conclusions of law, and orders, IT IS HEREBY ORDERED AND ADJUDGED as follows:

1.    Mr. Zweizig's claims against Mrs. Rote for intentional infliction of emotional distress and fraudulent transfer are dismissed without prejudice.

2.    Mrs. Rote is entitled to an award of reasonable attorney fees, costs, and disbursements against Mr. Zweizig in an amount to be determined pursuant to ORCP 68.

3.    Pursuant to ORCP 67 B, there is no just reason for delay in rendering this limited judgment. The Clerk is directed to enter this limited judgment in the above-captioned case.

### LIMITED JUDGMENT IN FAVOR OF DEFENDANT TIMOTHY ROTE

Pursuant to the foregoing findings of fact, conclusions of law, and orders, IT IS HEREBY ORDERED AND ADJUDGED as follows:

1.    The portions of Mr. Zweizig's IIED claim against Mr. Rote that allege IIED arising from statements in judicial proceedings are dismissed without prejudice.

2.    Mr. Zweizig's fraudulent transfer claim against Mr. Rote is dismissed without prejudice.

///

///

Page 3 -  ORDER AND LIMITED JUDGMENTS

CHENOWETH LAW GROUP, PC
510 SW Fifth Avenue, 4th Floor
Portland, OR  97204
Telephone: (503) 221-7958
Facsimile: (503) 221-2182
Email: bfoster@chenowethlaw.com
bcrittenden@chenowethlaw.com

3.    Pursuant to ORCP 67 B, there is no just reason for delay in rendering this limited judgment. The Clerk is directed to enter this limited judgment in the above-captioned case.

**5/10/2024 3:38:15 PM**

*Michl C. W...*

**Circuit Court Judge Michael C. Wetzel**

**Signed for Judge Stephen English**

**SUBMITTED BY:**

Brooks M. Foster, OSB No. 042873
Bradley T. Crittenden, OSB No. 173274
Chenoweth Law Group, PC
510 SW Fifth Avenue, 4th Floor
Portland, OR 97204
Phone: (503) 221-7958
Fax: (503) 221-2182
Email: bfoster@chenowethlaw.com
bcrittenden@chenowethlaw.com

Page 4 -   ORDER AND LIMITED JUDGMENTS

CHENOWETH LAW GROUP, PC
510 SW Fifth Avenue, 4th Floor
Portland, OR 97204
Telephone: (503) 221-7958
Facsimile: (503) 221-2182
Email: bfoster@chenowethlaw.com
bcrittenden@chenowethlaw.com

Plaintiff Exhibit 5
Page 11

## CERTIFICATE OF COMPLIANCE
### (UTCR 5.100)

This proposed order or judgment is ready for judicial signature because

1. ☐ Each opposing party affected by this order or judgment has stipulated to the order or judgment, as shown by each opposing party's signature on the document being submitted.

2. ■ Each opposing party affected by this order or judgment has approved the order or judgment, as shown by signature on the document being submitted or <u>by written confirmation of approval sent to me.</u>

3. ☐ I have served a copy of this order or judgment on all parties entitled to service and:

    a. ☐ No objection has been served on me.

    b. ☐ I received objections that I could not resolve with the opposing party despite reasonable efforts to do so. I have filed a copy of the objections I received and indicated which objections remain unresolved.

    c. ☐ After conferring about objections, [ role and name of opposing party] agreed to independently file any remaining objection.

4. ☐ Service is not required pursuant to UTCR 5.100(3), or by statute, rule, or otherwise.

5. ☐ This is a proposed judgment that includes an award of punitive damages and notice has been served on the Director of Crime Victims' Assistance Section as required by subsection (4) of this rule.

6. ☐ Other: _____

DATED: March 25, 2024


                             <u>/s/ Brooks M. Foster</u>
                             Brooks M. Foster, OSB No. 042873


Page 5 - ORDER AND LIMITED JUDGMENTS

CHENOWETH LAW GROUP, PC
510 SW Fifth Avenue, 4th Floor
Portland, OR 97204
Telephone: (503) 221-7958
Facsimile: (503) 221-2182
Email: bfoster@chenowethlaw.com
bcrittenden@chenowethlaw.com

Plaintiff Exhibit 5
Page 12

# DECLARATION OF SERVICE

I hereby certify that I served the foregoing **ORDER AND LIMITED JUDGMENTS** on the following:

| | |
|---|---|
| Chase A. S. Beguin | Timothy Rote |
| Cauble & Whittington, LLP | 7427 SW Coho Ct. # 200 |
| P.O. Box 398 | Tualatin, OR 97062 |
| Grants Pass, OR 97528 | Timothy.rote@gmail.com |
| cbeguin@thecaublefirm.com | |
| | *Defendant Pro Se* |
| *Attorneys for Plaintiff* | |

by the following method(s):

__xx__      by **emailing** a full, true and correct copy thereof to the parties at the email addresses shown above, which are the last-known email addresses of the parties, on the date set forth below.

__xx__      by **e-serving** a full, true and correct copy thereof to the parties through OJD eFile, on the date set forth below.

_____      by **mailing** a full, true and correct copy thereof in a sealed, first-class, postage pre-paid envelope, addressed to the last-known address of the parties as shown above, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

_____      by **hand delivering** a full, true and correct copy thereof to the parties at the last known business address of the parties above.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it may be used as evidence in court and is subject to penalty for perjury.

Dated: March 25, 2024

CHENOWETH LAW GROUP, PC

*/s/ Skylar Washabaugh*
Skylar Washabaugh, Paralegal

DECLARATION OF SERVICE

CHENOWETH LAW GROUP, PC
510 SW Fifth Avenue, 4th Floor
Portland, OR 97204
Telephone: (503) 221-7958
Facsimile: (503) 221-2182
Email: swashabaugh@chenowethlaw.com

# COMPLAINT - SUMMONS (DEFENDANT'S COPY)

| COMPLAINT NUMBER | | | | THE STATE OF NEW JERSEY |
|---|---|---|---|---|
| **0802** | **S** | **2024** | **000856** | *VS.* |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | **TIMOTHY C ROTE** |

DEPTFORD JOINT MUNICIPAL COURT
1011 COOPER STREET
DEPTFORD          NJ   08096-0000
856-686-2230   COUNTY OF: **GLOUCESTER**

ADDRESS: **2427 SW COHO CT STE 200**

**TUALATIN**          OR 97062-0000

| # of CHARGES 1 | CO-DEFTS | POLICE CASE #: 2024-24438 |
|---|---|---|

COMPLAINANT
NAME:   **MAX  ZWEIZIG**

DEFENDANT INFORMATION
SEX:     EYE COLOR:                    DOB:
DRIVER'S LIC. #.                                          DL STATE:
SOCIAL SECURITY #:                    SBI #:
TELEPHONE #:                              ( )
LIVESCAN PCN #:

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named defendant on or about 02/12/2024 in **DEPTFORD TWP** , **GLOUCESTER** County, NJ did:
WITHIN THE JURISDICTION OF THIS COURT, AND WITHIN THE STATUTORY TIME LIMITATIONS DID ON 2/12/24, OVER 2 DECADES AGO I WORKED FOR TIM ROTES COMPANY IN OREGON FROM MY HOME IN NJ. MR. ROTE CREATED A WEBSITE DEDICATED TO HARASSING NOT ONLY ME BUT MY FAMILY, MY ATTORNEYS, &JUDGES & JUROR IN THE FEDERAL CASES, ACCUSING MYSELF & MANY STATE & FEDERAL JUDGES OF INVOLVEMENT IN CHILD PORNOGRAPHY. MR. ROTE HAS BEEN OFFICIALLY ASSIGNED VEXATIOUS LITIGANT STATUS IN OREGON FEDERAL COURT. A FEDERAL JURY AWARDED ME A JUDGMENT. TIM ROTE CHALLENGED THIS IS TO THE SUPREME COURT & LOST & HASN'T PAID ANY OF THE $1,000,000 JUDGEMENT TO DATE. MR. ROTE IS LICENSED CPA AWARE OF HIS ACTIONS. MR. ROTE HAS ADMITTED IN OREGON STATE COURT THAT HE USED MY SS# CASE:23CV28582. MR. ROTE ALSO HAS DISTRIBUTED MY SSN TO HIS WIFE TO USE. MR. ROTE INFORMED THE IRS ON HIS TAX RETURN THAT HE PAID ME $75,000 THAT HE IN FACT DID NOT. TIME ROTE UNLAWFULLY USED MY SS# TO OFFSET HIS TAX BURDEN TO THE IRS, WHILE CAUSING MY TAX BURDEN TO BE INFLATED BY THAT SAME AMOUNT.

**in violation of:**

| Original Charge | 1) **2C:21-17A(4)** | 2) | 3) |
|---|---|---|---|
| Amended Charge | | | |

**CERTIFICATION**  I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Signed: _____          Date: **6-28-2024**

## PROBABLE CAUSE DETERMINATION AND ISSUANCE OF SUMMONS

☐ Probable cause **IS NOT** found for the issuance of this complaint:

_____          _____          _____          _____
Signature of Court Administrator or Deputy Court Administrator      Date          Signature of Judge          Date

☐ Probable cause **IS** found for the issuance of this complaint-summons:

_____          _____
Signature of Judge          Date

**SUMMONS**
YOU ARE HEREBY **SUMMONED** to appear before the  Superior Court      in the county of:   GLOUCESTER

at the following address:  GLOUCESTER COUNTY COURTS

| JUSTICE COMPLEX | 70 HUNTER STREET | WOODBURY | NJ 08096-0000 |
|---|---|---|---|

If you fail to appear on the date and at the time stated below, a warrant may be issued for your arrest.

Date of Arrest:          Appearance Date:  ~~08/15/2024~~   Time: ~~09:00AM~~  Phone:  856-878-5050

Signature of Person Issuing Summons: _____          Date:

| ☐  **Domestic Violence – Confidential** | ☐ **Related Traffic Tickets or Other Complaints** | ☐ **Serious Personal Injury/ Death Involved** |
|---|---|---|

**Special conditions of release:**
☐  **No phone, mail or other personal contact w/victim**
☐  **No possession firearms/weapons**
☐  **Other** (specify):

**COMPLAINT - SUMMONS (DEFENDANT'S COPY)**

**Page 3  of 7**          NJ/CDR1 1/1/2017

Plaintiff Exhibit 6
Page 2

**MUNICIPAL COURT**
1011 COOPER STREET
DEPTFORD, NEW JERSEY 08096



SOUTH JERSEY NJ 080

14 AUG 2024

**FP** US POSTAGE
$000.69º
First-Class - IMI
ZIP 08096

08/14/2024
034A 0081802345

Timothy Kote
2427 SW Coho ct, Ste 200,
Tualatin, OR. 97062

97062-5277



**Gloucester County Prosecutor**

**ELIZABETH VOGELSONG-PARVIN**
Acting Prosecutor

**DIANNA REED-ROLANDO**
Acting First Assistant Prosecutor

P.O. Box 623
Woodbury, NJ 08096
(856) 384-5500
FAX (856) 384-8624
E-Mail: gcprosecutor@co.gloucester.nj.us

**THOMAS R. GILBERT**
Acting Chief of Detectives

**STEVEN J. INGRAM**
Acting Deputy Chief of Detectives

August 29, 2024


**MAX ZWEIZIG**

State vs. TIMOTHY C ROTE
RE:
Prosecutor File Number: 24002217

Dear MAX ZWEIZIG:

The Office of Victim-Witness Advocacy has been notified that you have been a victim of a crime. Our unit provides services and offers assistance to victims and witnesses. We will provide you with information about the status of your case and are available to answer any questions you may have about the criminal justice process. We will help you file a claim with the Victims of Crime Compensation Office for reimbursement of medical expenses and loss of wages, if any. If any of your property was taken, we may be able to assist you in securing its return or obtaining restitution. If you feel you are in need of counseling due to the incident, we can refer you to the appropriate agencies.

As a victim, you have the right to submit a written statement to the prosecutor explaining the impact this crime has had on your life or the lives of your family members. If you wish to submit a statement, kindly complete and return the enclosed form in accordance with the instructions on it. If you need assistance in preparing the form, you may call our office directly or for your convenience, the Gloucester County Prosecutor's Office also maintains a SECURE WEBSITE where you can log in to find information about your case, no matter where you are and no matter what time it is. Please see letter pamphlet enclosed in this packet.

If you change your address or telephone number, please notify us immediately. If we can be of assistance to you or if you have any questions, do not hesitate to contact us at (856) 384-5500.

Very truly yours,

**ELIZABETH VOGELSONG-PARVIN**
Acting Gloucester County Prosecutor

Lillian Robinson
Victim Witness Coordinator    (Letter 01)

*Si tiene cualquier pregunta, por favor llame a la Oficina de Victimas y Testigos del Condado de Gloucester al (856) 384-5500.*

Exhibit 1
Page 1 of 3



**Gloucester County Prosecutor**

ELIZABETH VOGELSONG-PARVIN
Acting Prosecutor

DENISHA REED-ROLANDO
Acting First Assistant Prosecutor

P.O. Box 623
Woodbury, NJ 08096
(856) 384-5500
FAX (856) 384-8624
E-Mail: gcprosecutor@co.gloucester.nj.us

THOMAS R. GILBERT
Acting Chief of Detectives

STEVEN J. INGRAM
Acting Deputy Chief of Detectives

MAX ZWEIZIG


State vs. TIMOTHY C ROTE
Prosecutor File Number: 24002217

Dear MAX ZWEIZIG:

The Office of Victim-Witness Advocacy has been notified that you have been a victim of a crime. Our unit provides services and offers assistance to victims and witnesses.

We will provide you with information about the status of your case and are available to answer any questions you may have about the criminal justice process.

The Gloucester County Prosecutor's Office maintains a SECURE WEBSITE where you can log in to find information about your case, no matter where you are and no matter what time it is. By registering on this secure website you will be able to:

\*Instantly receive important email updates about your case;
\*Have text messages about your case sent directly to your phone;
\*Request restitution for your out-of-pocket losses;
\*Learn if you qualify for compensation for your lost wages, medical and counseling expenses;
\*Check to see if the defendant is in jail;
\*Make your feelings known regarding your case by filing a Victim Impact Statement;
\*Learn information about your rights as a crime victim.

**Registration is SIMPLE and SECURE and is the FASTEST way for you to receive information about your case. To register:**

**Go to this website: https://www.vwportalnj.com
Enter your personal, Authentication code:**

If you need further assistance, you can call the Gloucester County Prosecutor's Office of Victim/Witness Advocacy at (856) 384-5500, M-F, 8:30 am to 4:00 pm.

Respectfully,

ELIZABETH VOGELSONG-PARVIN
Acting Gloucester County Prosecutor

Lillian Robinson
Victim Witness Coordinator    (Letter 01P)

*Si tiene cualquier pregunta, por favor llame a la Oficina de Víctimas y Testigos del Condado de Gloucester al (856) 384-5500.*

Exhibit 1
Page 2 of 3

Plaintiff Exhibit 7
Page 3

# GLOUCESTER COUNTY PROSECUTOR'S OFFICE
## VICTIM IMPACT INFORMATION FORM

Prosecutor's File# (found on cover letter): 24-22n    Defendant's Name: Rote

Your Name: _____

(1) Did you need medical treatment or mental health services because of this incident?    **YES or NO**

(2) Did you have medical insurance that will help you with the cost?    **YES or NO**

    If yes, how much will or did you have to pay of your own money?    $_____
    How much has your insurance paid so far?    $_____

(3) Did you have property damaged or stolen in this incident?    **YES or NO**

    Please list all items damaged or stolen and the cost of the item:

| Item | Date of Purchase | Purchase Price | Current Value |
|------|------------------|----------------|---------------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

(4) Do you have property insurance that will help with the cost?    **YES or NO**

    If yes, how much will or did you have to pay of your own money?    $_____

(5) Have you missed work or school because of the incident?    **YES or NO**
    If yes, how many days have you missed? _____
    Please give the dates: _____
    Did you lose pay because of the time you missed:  **YES or NO**    How much?  $_____

(6) Do you need help filing a claim with the Victims of Crime Compensation Board for assistance
with the costs of medical services, counseling, funeral expenses or lost wages?    **YES or NO**

(7) Do you want the Judge to order restitution?  **YES or NO**    If yes, how much?  $_____

Restitution is the money that the offender must pay back to you because of the crime. You have a right to ask
for a restitution order. In order for the Judge to order restitution, you must attach copies of bills, receipts or
estimates of medical costs, counseling expenses, stolen or damaged property and lost wages. If you do not
know these expenses yet, please send in the form now and the expenses as soon as you get them.

(8) Do you need interpreting services or other special assistance to help you give a statement or testify?
    If yes, what type of assistance? Please be specific:_____

(9) Would you like help finding a counselor or support group for crime victims?_____

The above statements are true:_____    Date_____
                     Please sign

Please return this form and all documents within 10 business days to:

Lillian M. Robinson, Victim-Witness Coordinator
Office of Victim-Witness Advocacy
Gloucester County Prosecutor's Office
PO Box 623
Woodbury, NJ 08096

If you have any questions, please call the County Office of Victim-Witness Advocacy 856-384-5578

Exhibit 1
Page 3 of 3

Plaintiff Exhibit 7
Page 4

**IRS** Department of the Treasury
Internal Revenue Service
1040 Waverly Ave
Holtsville  NY  11742

In reply refer to:  1177927959
Aug. 28, 2024  LTR 4674C   0
▆▆▆▆▆▆▆  202212 30
Input Op:  1177927959 00025343
BODC: WI

MAXIMILIAN ZWEIZIG



01043

Taxpayer identification number: ▆▆▆▆▆▆▆
           Tax periods:  Dec. 31, 2022

Form:  14039

Dear Taxpayer:

### WHY WE ARE SENDING YOU THIS LETTER

We reviewed and accepted the identity theft claim dated May  18, 2024,
for the tax periods above under the first taxpayer
ID number (TIN) above.

### WHAT WE HAVE DONE OR WHAT WILL HAPPEN NEXT

We removed the disputed earnings of $110,939.00 from your
account that you identified as being the result of identity theft.

We placed an identity theft indicator on the first
taxpayer ID number (TIN) above. An identity theft indicator helps
protect you in the future because we'll review future tax returns
submitted with that TIN for possible identity theft. You can find more
information at IRS.gov/IdentityTheft.

We have completed the review of your Identity Theft claim and returned
your case to the Automated Underreporter Department.  If there are any
other tax issues not related to your Identity Theft claim that need to
be addressed, that department will notify you under separate cover.
If you have any questions, you may contact them at 1-800-829-8310.

### WHAT YOU NEED TO DO NOW

We don't initiate contact with taxpayers by email, text messages or
social media channels to request personal or financial information.
This includes requests for PIN numbers, passwords, or similar access
information for credit cards, banks, or other financial accounts. For
additional information visit IRS.gov/phishing.

You don't need to take further action now.

Exhibit 2
Page 1 of 6

Plaintiff Exhibit 7

Page 5927959

Aug. 28, 2024   LTR 4674C    0
████████████   202212 30
Input Op:   1177927959 00025344

MAXIMILIAN ZWEIZIG

If you've already filed your tax return for the tax years above, you don't need to do anything now. If we rejected your return when you tried to electronically file because another return was already filed, you must mail a return to the Internal Revenue Service Center that serves your state. See the Form 1040 instructions at IRS.gov/form1040. For subsequent tax years, continue to file all your federal tax returns as you normally would. If you're not required to file a return, you don't need to take further action. Continue to make payments for any balances due.

### WHAT YOU NEED TO KNOW TO GET AN IDENTITY PROTECTION PERSONAL ID NUMBER (IP PIN)

You're eligible to get a unique 6-digit IP PIN which will verify that the tax return we receive is really from you. To get an IP PIN, visit IRS.gov/ippin, verify your identity, and record the PIN we assign. If you get an IP PIN, you must use it to confirm your identity on any tax returns filed during the calendar year. A missing or incorrect IP PIN prevents the electronic filing of a tax return, and a paper return filed with a missing or incorrect IP PIN will be subject to additional review.

If you file electronically, your tax software or return preparer will tell you where to enter your IP PIN.

Requesting an IP PIN is voluntary. Once enrolled, you can't opt out in future years. A new IP PIN will generate each year and can be retrieved starting in mid-January by logging into the account you created.

### WHAT ADDITIONAL ACTIONS YOU CAN TAKE

We suggest you monitor your financial accounts. If you notice any suspicious or unusual activity, you should report it immediately by doing the following:

1) Contact your financial institution.

2) Contact the fraud department of one of the three major credit bureaus:

| Equifax | Experian | TransUnion |
|---|---|---|
| 800-525-6285 | 888-397-3742 | 800-680-7289 |
| Equifax.com | Experian.com | Transunion.com |

3) Check your credit report every 12 months by:

Exhibit 2
Page 2 of 6

Plaintiff Exhibit 7
Page 6

1177927959
Aug. 28, 2024   LTR 4674C    0
██████████   202212 30
Input Op:   1177927959 00025345

MAXIMILIAN ZWEIZIG





31043

- visiting www.AnnualCreditReport.com
- calling 877-322-8228

4) File a complaint with the Federal Trade Commission using one of the following:

- Online at IdentityTheft.gov
- By telephone at 877-438-4338 (FTCs toll-free identity theft hotline)
- By mail at:
  Identity Theft Clearinghouse
  Federal Trade Commission
  600 Pennsylvania Avenue NW
  Washington, DC 20580

5) Contact your local Social Security Administration office at 800-772-1213 or online at SSA.gov to ensure your earnings records are accurate.

6) Visit IRS.gov/IdentityTheft for more information on tax-related identity theft.

7) Contact your state tax agency for additional steps to take at the state level. You can find links to state websites at IRS.gov/StateGovSites.

8) File a police report with your local law enforcement agency.

9) For actions you can take to protect yourself, review Publication 5027, Identity Theft Information for Taxpayers.

TAXPAYER RIGHTS AND SOURCES FOR ASSISTANCE

The Internal Revenue Code (IRC) gives taxpayers specific rights. The Taxpayer Bill of Rights groups these into 10 fundamental rights. See IRC Section 7803(a)(3). IRS employees are responsible for being familiar with and following these rights. For additional information about your taxpayer rights, please see Publication 1, Your Rights as a Taxpayer, or visit IRS.gov/taxpayer-bill-of-rights.

The Taxpayer Advocate Service (TAS) is an independent organization within the IRS that helps taxpayers and protects taxpayers' rights. TAS can offer you help if your tax problem is causing a financial difficulty, you've tried but been unable to resolve your issue with the IRS, or you believe an IRS system, process, or procedure isn't working as it should. If you qualify for TAS assistance, which is

Exhibit 2
Page 3 of 6

Plaintiff Exhibit 7
Page 7

Aug. 28, 2024   LTR 4674C    D
                             202212 30
Input Op:   1177927959 00025346

MAXIMILIAN ZWEIZIG

always free, TAS will do everything possible to help you. To learn more, visit TaxpayerAdvocate.IRS.gov or call 877-777-4778.

Tax professionals who are independent from the IRS may be able to help you.

Low Income Taxpayer Clinics (LITCs) can represent low-income persons before the IRS or in court. LITCs can also help persons who speak English as a second language. Any services provided by an LITC must be for free or a small fee. To find an LITC near you:

- Go to TaxpayerAdvocate.IRS.gov/litcmap;
- Download IRS Publication 4134, Low Income Taxpayer Clinic List, available at IRS.gov/forms; or
- Call the IRS toll-free at 800-829-3676 and ask for a copy of Publication 4134.

State bar associations, state, or local societies of accountants or enrolled agents, or other nonprofit tax professional organizations may also be able to provide referrals.

## HOW TO CONTACT US

You should notify us of any changes to your home address using Form 8822, Change of Address.

You can get any of the forms or publications mentioned in this letter by visiting our website at IRS.gov/forms or by calling 800-TAX-FORM (800-829-3676).

If you're not able to speak English and need to call us, please have an interpreter available to assist you during the call.

If you have questions about your identity theft issue, you can call Donna Pirozzi at 855-343-0057  , extension 637393, between 6:00 a.m. and 4:30 p.m. ET.

When you write, include a copy of this letter, and write your telephone number and the hours we can reach you.

Keep a copy of this letter for your records.

Thank you for your cooperation.

Exhibit 2
Page 4 of 6

Plaintiff Exhibit 7
Page 8
1177927959
Aug. 28, 2024　LTR 4674C　　0
202212 30
Input Op:　1177927959 00025347

MAXIMILIAN ZWEIZIG

01043

Sincerely yours,

Brenda McClurg
Operation 1 Manager

Exhibit 2
Page 5 of 6

Plaintiff Exhibit 7
Page 9



**IRS** Department of the Treasury
Internal Revenue Service
1040 Waverly Ave
Holtsville NY 11742



001043.469888.244719.6281 1 MB 0.522 854

MAXIMILIAN ZWEIZIG

01043

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT.

---

The IRS address must appear in the window.                    Use for payments
                                           1177927959          Letter Number: LTR4674C
    BODCD-                                                     Letter Date  : 2024-08-28
                                                              Tax Period   : 202212

                                                              *****3727

                                                              MAXIMILIAN ZWEIZIG

    INTERNAL REVENUE SERVICE

    OGDEN  UT  84201-0114

154683727 PY ZWEI 30 0 202212 670 00000000000

Exhibit 2
Page 6 of 6

# CERTIFICATE OF SERVICE

I am employed in Josephine County, Oregon, with Cauble & Whittington, LLP. I am over 18 years old and not a party to the within cause. My business address is 111 SE 6th Street, Grants Pass, OR 97526.

On the date below, I served a true and correct copy of the foregoing on the following by manner of service specified:

> Timothy C. Rote
> 7427 SW Coho Ct. #200
> Tualatin, OR 97062
>
> *Pro Se Defendant*
>
> Brooks Foster
> Chenoweth Law Group
> 510 SW 5th, 4th Floor
> Portland, OR 97204
> foster@chenowethlaw.com
>
> *Attorney for Defendant Tanya Rote*

(X) (BY MAIL) By placing in a sealed envelope, with postage thereon fully pre-paid in the United States Mail, at Grants Pass, Josephine County, Oregon

( ) (BY E-MAIL) By sending to the email address(es) of counsel and any of their staff listed above. The counsel listed above have consented to service by e-mail and no "bounce back" message was received in response.

( ) (BY FACSIMILE) By facsimile to the number(s) of counsel listed above. A confirmation is attached hereto.

(X ) (BY OTHER E-SERVICE) By selecting the individual recipients on the e-filing website. The electronic transmission was reported as complete, and a copy of the transaction receipt page and original documents will be maintained in our office. The e-filing service used was: [name of service]

This matter is a case filed in the jurisdiction of:

MOTION FOR DISCRETIONARY STAY OF PROCEEDINGS DUE TO PENDING CRIMINAL ACTION AGAINST DEFENDANTS - Page 6

(x) the State of Oregon and I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

**DATED** this 6th day of September, 2023.

<div style="margin-left:40%">

CAUBLE & WHITTINGTON, LLP


*/s/Chase A.S. Beguin*
Chase A. S. Beguin, OSB No. 222861
cbeguin@thecaublefirm.com
PO Box 398
111 SE Sixth Street
Grants Pass, OR 97528

*Attorney for Plaintiff*

</div>

MOTION FOR DISCRETIONARY STAY OF PROCEEDINGS DUE TO PENDING CRIMINAL ACTION AGAINST DEFENDANTS - Page 7

9/6/2024 4:31 PM
23CV28582

Plaintiff Exhibit 8
Page 1

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR CLACKAMAS COUNTY

|  |  |
|---|---|
| MAX ZWEIZIG, as an individual<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY ROTE, as an individual, and TANYA ROTE, as an individual, and TIMOTHY ROTE as Trustee of Rote Irrevocable Trust<br><br>Defendants. | Case No. 23CV28582<br><br>DECLARATION OF CHASE A.S. BEGUIN IN SUPPORT OF PLAINTIFF'S MOTION FOR DISCRETIONARY STAY OF PROCEEDINGS DUE TO PENDING CRIMINAL ACTION AGAINST DEFENDANTS |

I, Chase A.S. Beguin, hereby state and declare that:

1. I am the Plaintiff's Counsel in the above captioned case. I make this Declaration based on my personal knowledge in relation to the litigation and my knowledge regarding the matters relevant to this action.

2. In my review of documents given to me by my client, the IRS, and the prosecutor's office of Gloucester, New Jersey. I am aware that the prosecutor's office has found probable cause against Defendant Timothy Rote for criminal charges which have not been disclosed to me, and the IRS has sent their findings to their internal prosecutors, with their findings that there was identity theft committed by both Defendants in this case, and have flagged the single tax filing of Defendant Timothy Rote, and the joint tax filing of both Defendant's, as fraudulent.

//

DECLARATION OF CHASE A.S. BEGUIN IN SUPPORT OF PLAINTIFF'S MOTION FOR DISCRETIONARY STAY OF PROCEEDINGS DUE TO PENDING CRIMINAL ACTION AGAINST DEFENDANTS – Page 1

3. Plaintiff has brought a claim for conspiracy against both parties, a predicate to conspiracy is a meeting of the minds to commit an unlawful act. For Plaintiff to prove this, Plaintiff will require depositions of the Defendants, which will be most likely unfruitful as the Plaintiff's questions will directly relate to implications in a criminal proceedings; therefore precluding the Plaintiff from adequate discovery for his claims.

4. Plaintiff would be prejudiced by the stay being denied due to tangent criminal proceedings which have the same nexus of fact as claims present in this case and will greatly prejudice the Plaintiff's ability to undergo discovery in his case when the Defendant's will most likely be forced to plead the 5th in relation to the majority of the Plaintiff's requests.

**I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.**

Dated: September 6, 2024

CAUBLE & WHITTINGTON, LLP

Chase A. S. Beguin, OSB No. 222861
cbeguin@thecaublefirm.com
PO Box 398
111 SE Sixth Street
Grants Pass, OR 97528
*Attorney for Plaintiff*

DECLARATION OF CHASE A.S. BEGUIN IN SUPPORT OF PLAINTIFF'S MOTION FOR DISCRETIONARY STAY OF PROCEEDINGS DUE TO PENDING CRIMINAL ACTION AGAINST DEFENDANTS - Page 2

**CERTIFICATE OF SERVICE**

I am employed in Josephine County, Oregon, with Cauble & Whittington, LLP. I am over 18 years old and not a party to the within cause. My business address is 111 SE 6th Street, Grants Pass, OR 97526.

On the date below, I served a true and correct copy of the foregoing on the following by manner of service specified:

> Timothy C. Rote
> 7427 SW Coho Ct. #200
> Tualatin, OR 97062
>
> *Pro Se Defendant*
>
> Brooks Foster
> Chenoweth Law Group
> 510 SW 5th, 4th Floor
> Portland, OR 97204
> foster@chenowethlaw.com
>
> *Attorney for Defendant Tanya Rote*

(X) (BY MAIL) By placing in a sealed envelope, with postage thereon fully pre-paid in the United States Mail, at Grants Pass, Josephine County, Oregon

( ) (BY E-MAIL) By sending to the email address(es) of counsel and any of their staff listed above. The counsel listed above have consented to service by e-mail and no "bounce back" message was received in response.

( ) (BY FACSIMILE) By facsimile to the number(s) of counsel listed above. A confirmation is attached hereto.

(X ) (BY OTHER E-SERVICE) By selecting the individual recipients on the e-filing website. The electronic transmission was reported as complete, and a copy of the transaction receipt page and original documents will be maintained in our office. The e-filing service used was: [name of service]

This matter is a case filed in the jurisdiction of:

DECLARATION OF CHASE A.S. BEGUIN IN SUPPORT OF PLAINTIFF'S MOTION FOR DISCRETIONARY STAY OF PROCEEDINGS DUE TO PENDING CRIMINAL ACTION AGAINST DEFENDANTS  -  Page 3

(x) the State of Oregon and I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

**DATED** this 6th day of September, 2023.

CAUBLE & WHITTINGTON, LLP


*/s/Chase A.S. Beguin*
Chase A. S. Beguin, OSB No. 222861
cbeguin@thecaublefirm.com
PO Box 398
111 SE Sixth Street
Grants Pass, OR 97528

*Attorney for Plaintiff*

DECLARATION OF CHASE A.S. BEGUIN IN SUPPORT OF PLAINTIFF'S MOTION FOR DISCRETIONARY STAY OF PROCEEDINGS DUE TO PENDING CRIMINAL ACTION AGAINST DEFENDANTS – Page 4

Timothy C. Rote
7427 SW Coho Ct. #200.
Tualatin, OR 97062
503.272.6264
timothy.rote@gmail.com

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF CLACKAMAS

| | |
|---|---|
| TIMOTHY ROTE, | Case No.: 22cv17744 |
| Plaintiff, | |
| vs. | PLAINTIFF'S MOTION TO STRIKE AND ALTERNATIVE OBJECTION TO DEFENDANT'S UNLAWFUL AND UNTIMELY MOTION FOR ATTORNEY FEES |
| MAX ZWEIZIG AND JOHN DOES (1-5) | |
| Defendants | HEARING REQUESTED |

**MOTION**

Plaintiff's moves this Court to Strike Defendant's unlawful Motion for Attorney Fees and/or Alternatively deny Defendant's Motion because Defendant is seeking attorney fees incurred (not awarded) on an Appeal of this case. Defendant filed for attorney fees in the wrong Court and after the lawful period for filing in the Oregon Court of Appeals had passed.

**FACTS**

Defendant and child predator Max Zweizig was granted his Motion for Summary Judgment against Plaintiff's Malicious Use of a Civil Proceeding claims. The Judgment of Dismissal was entered into the record on **May 9, 2023**. Defendant did not seek an award of attorney fees or prevailing costs at that time.

Plaintiff timely appealed and the Oregon Court of Appeals found in favor of Defendant

PLAINTIFF'S MOTION TO STRIKE AND ALTERNATIVE OBJECTION TO DEFENDANT'S UNLAWFUL AND UNTIMELY MOTION FOR ATTORNEY FEESHEARING REQUESTED - 1

and child predator Max Zweizig, affirming on appeal (**dated June 26, 2024**) the Motion for Summary Judgment granted to Defendant Zweizig in this case. Defendant attached the Oregon Court of Appeals Opinion and Order as Defendant Exhibit 1 to his unlawful Motion for Attorney fees. Counsel Beguin did not attach his actual fee evidence, although he cited it as Exhibit 2.

Defendant counsel Chase Beguin passed the Bar exam and was admitted to practice on August 29, 2022, just about two years ago and appears to be unsupervised in his Motion practice. Plaintiff will by separate Motion seek Sanctions for this frivolous attorney fee petition.

## ARGUMENT

The process for awarding attorney fees is set out in the Oregon Rules of Civil Procedure. Rule 68 C(4)(a) requires a party to submit a request for attorney fees no later than **14 days after entry of judgment**. ORCP 68 C(4)(c). Defendant did not do so on his Motion for Summary Judgment, now more than a year ago.

Even though Plaintiff refutes all of Defendant's allegations that intimate the Appeal was frivolous, Defendant is now asking Clackamas Court to decide an untimely fee petition not even filed with the Oregon Court of Appeals. Clackamas Court has no jurisdiction over such a fee petition.

The procedure for filing a Motion for Attorney Fees arising from an Appeal must be filed with the Oregon Court of Appeals. Under ORAP Rule 13.10 (2), "A petition for attorney fees shall be served and filed within 28 days after the date of decision." The date of the Appeal decision was **June 26, 2024**. Defendant did not file a timely fee petition with the Oregon Court of Appeals, which would have been due (filed and served) on **July 24, 2024**. Defendant filed his fee petition in Clackamas Court (wrong Court) on **July 26, 2024**. Moreover, the Oregon Court of Appeals did not decide the Appeal was frivolous, which at this point is academic.

The Appeal decision awarded costs only (**Def Exhibit 1**).

Plaintiff asked Defendant to withdraw his unlawful Motion for Attorney Fees.

PLAINTIFF'S MOTION TO STRIKE AND ALTERNATIVE OBJECTION TO DEFENDANT'S UNLAWFUL AND UNTIMELY MOTION FOR ATTORNEY FEESHEARING REQUESTED - 2

Defendant refused to do so.

This case was initiated by Plaintiff after his Motion for Summary Judgment was granted in Clackamas case **#19cv01547**. The Court found that Zweizig, after two years of discovery, presented no facts to support his fraudulent transfer claims against the Rote's. Zweizig targeted Timothy Rote's spouse Tanya in that **#19cv01547** case. The Rote's then also prevailed on Appeal.

Even if Defendant had filed a timely Motion for Attorney Fees with the Oregon Court of Appeals, that Court did not find Plaintiff's Appeal frivolous. Just the opposite. The Court simply interpreted the record of case **#19cv01547** differently than Rote did. There is no evidence from the Appeals Court opinion that found the appeal frivolous.

In 2023, Zweizig filed a new case in Clackamas Court (**#23cv28582**) seeking again to hold Tanya Rote accountable financially for blog posts published by Timothy Rote with concrete evidence that Zweizig is a child predator. Note however that Zweizig specifically did not pursue a claim for defamation against any of the Rote's and for good reason. The allegations against Zweizig are easily provable. In this new case, the Rote's were granted their respective anti-SLAPP Motions to Strike Zweizig's claim in spite of Zweizig asking the Court for bias because Timothy Rote published concerns about Judge Michael Mann and the Oregon Judicial Department's too often soft approach to punishing child rape and child pornography. Although the anti-SLAPP Judgments were signed, those judgments were signed after some intentional roadblocks and delay. A polling of Judges in the Western United States indicates that the anti-SLAPP judgments in this new case took five time the normal time to be signed (usually signed within 30 days).

Plaintiff Timothy Rote issued a press release on November 17, 2023 notifying the press that images, videos and links had now been recovered from that 122 GB hard drive through new and enhanced forensics. That hard drive was used exclusively by Max Zweizig, from his home while employed by one of Timothy Rote's controlled companies. Zweizig concealed his

PLAINTIFF'S MOTION TO STRIKE AND ALTERNATIVE OBJECTION TO DEFENDANT'S UNLAWFUL AND UNTIMELY MOTION FOR ATTORNEY FEESHEARING REQUESTED - 3

Plaintiff Exhibit 9
Page 4

criminal activity from his employer. More than 59,000 images and 320 videos, previously thought unrecoverable, have now been recovered. The recovered images and videos include a garden variety of pornography.

The new forensics confirms, as before, that the videos, images and LNK files were date stamped to a time that Zweizig admitted to having full and exclusive use of the employer issued computer and 122 GB hard drive, used from his home in Woodbury New Jersey. No one else at any time but Zweizig used that 122 GB hard drive. Much of what Rote published comes directly from that new forensic report issued by widely respected expert and former FBI agent.

The new forensic report on Zweizig's use confirmed that evidence of child pornography was also found through LNK and Prefetch files that were carved from unallocated space. LNK files are shortcut files that link to an application or file and can be generated when a user opens a local or remote file or document. Windows creates Prefetch files when an application is first run. These files can show the file names that are opened by a program such as Windows Media Player. The file names associated with these LNK and Prefetch files were indicative of child pornography.

These files are linked to a volume labeled D: with a Volume Serial Number of 70AE6E52. "Volume D" was used to store various files and folders. It should be noted that the "INCOMPLETE" files are commonly seen in peer-to-peer file sharing software programs and are video files that are in the process of being downloaded. Although the files are not fully downloaded, they can in some instances be played. Evidence of WINMX was found installed on the 122 GB hard drive. WINMX is a peer-to-peer file sharing program. Peer-to-peer programs and networks are used by child predators to share child pornography.

On this new information, the child porn viewed by Zweizig was saved and stored to a D:\ drive and then that D:\ hard drive was removed by Zweizig before he returned the reformatted 122 gig hard drive (C:\drive) to Rote. That D:\drive may have been an external drive. Law enforcement and prosecutors have examined the new forensic evidence and concur

PLAINTIFF'S MOTION TO STRIKE AND ALTERNATIVE OBJECTION TO DEFENDANT'S UNLAWFUL AND UNTIMELY MOTION FOR ATTORNEY FEESHEARING REQUESTED - 4

that viewing garden variety pornography downloaded to a C:\ drive while viewing child pornography from a D:\ drive displays legal forethought and consciousness of guilt. Zweizig's girlfriend is a New Jersey attorney.

One example of the newly recovered file names associated and linked with the D:\ drive is "Katherine…young 13-year-old pre-teen Lolita bounces on a much older mans love muscle" [with search words of incest, rape and teen hardcore sex]. This video was viewed by Zweizig a number of times and was made available to the public by Zweizig using the D:\shared drive. There are many other similar file names indicative of child porn.

Historically, in addition to distributing child porn, Zweizig has also been linked to a small criminal group engaging in cybercrime and identity theft.

Federal law prohibits the production, distribution, reception, and possession of an image of child pornography using or affecting any means or facility of interstate or foreign commerce (18 U.S.C. § 2251; 18 U.S.C. § 2252; 18 U.S.C. § 2252A). Specifically, Section 2251 makes it illegal to persuade, induce, entice, or coerce a minor to engage in sexually explicit conduct for purposes of producing visual depictions of that conduct. The age of consent is 18 years old. Oregon and New Jersey law are similar.

Zweizig arrest is imminent and his prosecution overdue. This frivolous Motion filed by Beguin and the firm that employs him (Cauble) should be sanctioned for its inherent flaws and blatant abuse.

///

///

///

///

///

///

PLAINTIFF'S MOTION TO STRIKE AND ALTERNATIVE OBJECTION TO DEFENDANT'S UNLAWFUL AND UNTIMELY MOTION FOR ATTORNEY FEESHEARING REQUESTED - 5

Plaintiff Exhibit 9
Page 6

## CONCLUSION

For the reasons outlined above, Plaintiff moves this Court to Strike Defendant's untimely and unlawful Motion for attorney fees or in the alternative deny Defendant's untimely attorney fee petition for the reasons outlined above.

DATED: August 6, 2024

/s/ *Timothy C. Rote*
Timothy C. Rote
Plaintiff *Pro Se*

PLAINTIFF'S MOTION TO STRIKE AND ALTERNATIVE OBJECTION TO DEFENDANT'S UNLAWFUL AND UNTIMELY MOTION FOR ATTORNEY FEESHEARING REQUESTED - 6

Plaintiff Exhibit 9
Page 7

# CERTIFICATE OF SERVICE

I hereby certify that I served the above on:

Cauble & Whittington, LLP - Attorneys at Law
111 SE Sixth Street PO Box 398
Grants Pass, OR 97528
P: 541-476-8825
cbeguin@thecaublefirm.com
Of Counsel for Max Zweizig

[X] Via First Class Mail

[X] Via Email

[X] Via OECF Notification

DATED: August 6, 2024

/s/ *Timothy C. Rote*
**Timothy C. Rote**
Plaintiff *Pro Se*

PLAINTIFF'S MOTION TO STRIKE AND ALTERNATIVE OBJECTION TO DEFENDANT'S UNLAWFUL AND UNTIMELY MOTION FOR ATTORNEY FEESHEARING REQUESTED - 7

Plaintiff Exhibit 9
Page 8

IN THE CIRCUIT COURT OF THE STATE OF OREGON FOR

THE COUNTY OF CLACKAMAS

| | |
|---|---|
| TIMOTHY ROTE | Case No. 22CV17744 |
| Plaintiff, | DEFENDANTS'S STATEMENT FOR REASONABLE ATTORNEY FEES UNDER ORS 20.105 |
| v. | |
| MAX ZWEIZIG and JOHN DOES (1-5), | ORCP 68 |
| Defendants. | |

STATE OF OREGON    )
                   ) ss:
County of Josephine )

The undersigned attorney represents to the court, under penalties of perjury, the following facts offered in support of an award of reasonable and necessary attorney's fees are true:

1. Defendant is entitled to recover attorney's fees pursuant to the following facts, statute or rule: ORS 20.105 and ORCP 68. Firstly, there were statements made by the Plaintiff on the record at the summary judgment hearing which shows that the Defendant conducted himself in this case with willful and malicious intentions, as well as acting in bad faith, when he brought this claim for Wrongful Initiation of Civil Proceedings against the Defendant. See ORS 20.075(a).

Likewise, as stated on the record in this matter, the Plaintiff has a long running history of making frivolous claims against the Defendant, and the Defendant should be required to pay attorney fees to deter him from asserting meritless claims and defenses in the future against the Defendant. Id (d). Finally, the Plaintiff's appeal of the Court's decision on summary judgment has been affirmed, such that Defendant is entitled to his fees in Defending the

Cauble & Whittington, LLP - Attorneys At Law
111 SE Sixth Street  PO Box 398
Grants Pass, OR 97528
541-476-8825 Fax 541-471-1704
ccauble@thecaublefirm.com

DEFENDANT'S STATEMENT FOR ATTORNEY FEES - Page 1

Plaintiff Exhibit 9
Page 9

Appeal Pursuant to the attached Order from the Appeals Court **Exhibit "1"** under ORS 20.105 for bringing a frivolous appeal.

2.  The number of hours and services rendered in this matter for each attorney, clerk, and legal assistant and the hourly rates for each are set forth in detail in **Exhibit "2"** attached and summarized as follows:

| Name | Position | Rate | Hourly Number of Hours | Fees |
|---|---|---|---|---|
| [Chase A.S. Beguin] | Attorney | $300.00 | 11.25 | $3,375.00 |
| [Anonymous Law Clerk] | Law Clerk | $225.00 | 2.25 | $506.25 |

3.  The court should consider the following factors in determining a reasonable attorney fee award:

(a)  The novelty and difficulty of the questions involved.  X

(b)  Skills requisite to perform the legal service properly.  X

(c)  The likelihood, if apparent to the client, that acceptance of the particular employment will preclude other employment by the attorney.

(d)  Fees customarily charged in the locality for legal services.

(e)  The amount involved, and the results obtained.  X

(f)  The time limitations imposed by the client or by circumstances.

(g)  The nature and length of the professional relationship with the client.

(h)  The experience, reputation and ability of attorney performing the services.  X

(i)  Whether the fee is fixed or contingent.  X

//

//

//

//

//

Cauble & Whittington, LLP - Attorneys At Law
111 SE Sixth Street  PO Box 398
Grants Pass, OR 97528
541-476-8825 Fax 541-471-1704
ccauble@thecaublefirm.com

DEFENDANT'S STATEMENT FOR ATTORNEY FEES - Page 2

Plaintiff Exhibit 9
Page 10

4.    Based on the above, Defendant is entitled to an award of $3,881.25 in reasonable and necessary attorney fees.

**DATED** this 26th day of July, 2024,

Chase A.S. Beguin

Subscribed and sworn to before me this 26th day of July, 2024.

OFFICIAL STAMP
SERENA ROSE COPELAND
NOTARY PUBLIC - OREGON
COMMISSION NO. 1042658
MY COMMISSION EXPIRES NOVEMBER 16, 2027

Notary Public for Oregon

**DATED** this 26th day of July, 2024

CAUBLE & WHITTINGTON, LLP

/s/Chase A.S. Beguin
Chase A. S. Beguin, OSB No. 222861
cbeguin@thecaublefirm.com
PO Box 398
111 SE Sixth Street
Grants Pass, OR 97528

*Attorneys for Defendant*

Cauble & Whittington, LLP - Attorneys At Law
111 SE Sixth Street PO Box 398
Grants Pass, OR 97528
541-476-8825 Fax 541-471-1704
ccauble@thecaublefirm.com

DEFENDANT'S STATEMENT FOR ATTORNEY FEES - Page 3

Plaintiff Exhibit 9
Page 11

## CERTIFICATE OF SERVICE

I am employed in Josephine County, Oregon, with Cauble & Whittington, LLP. I am over 18 years old and not a party to the within cause. My business address is 111 SE 6th Street, Grants Pass, OR 97526.

On the date below, I served a true and correct copy of the foregoing RESPONSE TO PLAINTIFF'S MOTION TO STRIKE on the following by manner of service specified:

Timothy C. Rote
7427 SW Coho Ct. #200
Tualatin, OR 97062

*Pro Se Plaintiff*

(X) (BY MAIL) By placing in a sealed envelope, with postage thereon fully pre-paid in the United States Mail, at Grants Pass, Josephine County, Oregon

( ) (BY E-MAIL) By sending to the email address(es) of counsel and any of their staff listed above. The counsel listed above have consented to service by e-mail and no "bounce back" message was received in response.

( ) (BY FACSIMILE) By facsimile to the number(s) of counsel listed above. A confirmation is attached hereto.

(X ) (BY OTHER E-SERVICE) By selecting the individual recipients on the e-filing website. The electronic transmission was reported as complete, and a copy of the transaction receipt page and original documents will be maintained in our office. The e-filing service used was: [name of service]

///
///
///
///
///

Cauble & Whittington, LLP - Attorneys At Law
111 SE Sixth Street  PO Box 398
Grants Pass, OR 97528
541-476-8825 Fax 541-471-1704
ccauble@thecaublefirm.com

DEFENDANT'S STATEMENT FOR ATTORNEY FEES - Page 4

This matter is a case filed in the jurisdiction of:

(x) the State of Oregon and I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

**DATED** this 26th day of July, 2024.

CAUBLE & WHITTINGTON, LLP

*/s/Chase A.S. Beguin*
Chase A. S. Beguin, OSB No. 222861
cbeguin@thecaublefirm.com
PO Box 398
111 SE Sixth Street
Grants Pass, OR 97528

*Attorneys for Defendant*

Cauble & Whittington, LLP - Attorneys At Law
111 SE Sixth Street  PO Box 398
Grants Pass, OR 97528
541-476-8825 Fax 541-471-1704
ccauble@thecaublefirm.com

DEFENDANT'S STATEMENT FOR ATTORNEY FEES - Page 5